UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ALLSTATE INSURANCE COMPANY, ET AL.,            )
                                               )
                        Plaintiffs,            )        1:17-CV-04275
                                               )        (LDH) (RML)
        -against-                              )
                                               )        STIPULATION AND ORDER
ARTUR AVETISYAN, ET AL.,                       )
                                               )
                        Defendants.            )
                                               )
-------------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiffs and Defendants BA2RO, Inc., Daniel Baturov, and Olga Gindinova (the "Defendants") that:

(1) Defendants have received notice of the Summons and Complaint filed in the instant action and accept service thereof;

(2) Defendants hereby submit to the jurisdiction of the United States District Court for the Eastern District of New York and waive any defenses or objections based upon lack of personal jurisdiction;

(3) Defendants hereby waive any and all defenses and/or objections as to service of the Summons and Complaint and/or insufficient process;

(4) Defendants' time to serve an answer or otherwise respond to the Complaint in the above-entitled action is extended up to and including November 6, 2017; and

(5) This Stipulation may be signed in counterparts and a facsimile copy shall be sufficient for all purposes.

Dated: October 13, 2017
New York, New York

**MORRISON MAHONEY LLP**

By: /s/ James McKenney
   Robert A. Stern, Esq.
   James McKenney, Esq.
   Lee Pinzow, Esq.
   *Attorneys for Plaintiffs*
   120 Broadway, Suite 1010
   New York, New York 10271
   212-825-1212

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF, & CARONE, LLP**

By: _____
   Mark L. Furman, Esq.
   *Attorneys for Defendants BA2RO, Inc., Daniel Baturov, and Olga Gindinova.*
   630 Third Avenue, 5th Floor
   New York, NY 10017
   212-279-9200

Dated: Brooklyn, New York

____10/12____, 2017

SO ORDERED.

_____
HON. LASHANN DEARCY HALL
United States District Judge

Dated: October 13, 2017
New York, New York

| | |
|---|---|
| **MORRISON MAHONEY LLP** | **ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF, & CARONE, LLP** |
| By: /s/ James McKenney | By:_____ |
| Robert A. Stern, Esq. | Mark L. Furman, Esq. |
| James McKenney, Esq. | *Attorneys for Defendants BA2RO, Inc.,* |
| Lee Pinzow, Esq. | *Daniel Baturov, and Olga Gindinova.* |
| *Attorneys for Plaintiffs* | 1 MetroTech Center, Suite 1701 |
| 120 Broadway, Suite 1010 | Brooklyn, New York 11201 |
| New York, New York 10271 | 718-215-5300 |
| 212-825-1212 | |

Dated: Brooklyn, New York

_____, 2017

SO ORDERED.

_____
HON. LASHANN DEARCY HALL
United States District Judge