UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ALLSTATE INSURANCE COMPANY, et al.

                    Plaintiffs,

-against-

ARTUR AVETISYAN, D.C, et al.

                    Defendants.

-----------------------------------------------------------------x

Case No.: 17-cv-4275 (LDH)(RML)

**RULE 7.1**

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AOM Medical Supply, Inc., by its attorneys, The Law Offices of Scott B. Tulman & Associates, PLLC, hereby makes the following disclsures:

1. Defendant AOM Medical Supply Inc. is non-governmental corporate party in the above captioned action.

2. None of the stock of AOM Medical Supply, Inc. is owned by any corporation. No publicly held corporation owns 10% or more of the stock of the Defendant AOM Medical Supply, Inc.

Dated: New York, New York
       November 10, 2017

                                  LAW OFFICES OF SCOTT B. TULMAN & ASSOCIATES,

                        By:_____
                                  Scott B. Tulman
                                  *Attorneys for Defendant*
                                  *AOM Medical Supply, Inc.*
                                  230 Park Avenue, 18th Floor
                                  New York, New York 10169
                                  Tel.: (212) 867-3600