Exhibit "4"

<u>Stipulation of Dismissal</u>



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ET AL.,  )
                                      )    1:17-CV-04275
                                      )    (LDH)(RML)
                      PLAINTIFFS,     )
                                      )    STIPULATION AND ORDER OF
        -AGAINST-                     )    VOLUNTARY DISMISSAL WITH
                                      )    PREJUDICE SOLELY AS TO
ARTUR AVETISYAN, ET AL.,              )    LENNY KAGAN, AND
                                      )    VOORHIES HEALTH CARE
                      DEFENDANTS.     )    PRODUCTS, INC.
                                      )
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company, Allstate Property & Casualty Insurance Company, and Northbrook Indemnity Company (collectively "Plaintiffs") and Lenny Kagan, and Voorhies Health Care Products, Inc. ("Defendants") are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto with regard to this action.

4. The Court shall retain jurisdiction and authority over any disputes relating to the enforcement of the settlement agreement entered into by the Plaintiffs and Defendants to this Stipulation and Order of Voluntary Dismissal.

1

Dated: New York, New York
November 9, 2017

MORRISON MAHONEY LLP

By: /s/ Lee Pinzow
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow, Esq.
120 Broadway, Suite 1010.
New York, New York 10271
*Allstate Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company, Allstate Property & Casualty Insurance Company, and Northbrook Indemnity Company*

LAW OFFICE OF LEON KUCHEROVSKY, ESQ

By: [signature]
Leon Kucherovsky, Esq.
David Forman, Esq.
115 South Corona Avenue
Valley Stream, New York 11580
*Counsel for Defendants Lenny Kagan, and Voorhies Health Care Products, Inc.*

SO ORDERED
s/LaShann DeArcy Hall
LaShann DeArcy Hall, U.S.D.J.
Dated: November 13, 2017

2