# EXHIBIT "A"

**Exhibit "3a"**

**Stipulation of Dismissal**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ALLSTATE INSURANCE COMPANY, ET AL.,

                         Plaintiffs,

    -against-

ARTUR AVETISYAN, ET AL.,

                         Defendants.

1:17-CV-04275 (LDH) (RML)

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO JANE GOMBERG AND EAST 19 MEDICAL SUPPLY CORP

---------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and Jane Gomberg and East 19 Medical Supply Corp. ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

4. The Court shall retain jurisdiction and authority over any disputes relating to the enforcement of the settlement agreement entered into by the Plaintiffs and Defendants to this Stipulation and Order of Voluntary Dismissal.

Dated: New York, New York
       June  6 , 2018

**MORRISON MAHONEY LLP**

By: ___Lee Pinzow_____
   Robert A. Stern, Esq.
   James A. McKenney, Esq.
   Lee Pinzow, Esq.
   120 Broadway, Suite 1010
   New York, New York 10271
   rstern@morrisonmahoney.com
   *Counsel for Plaintiffs, Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate Property and Casualty Insurance Company, and Northbrook Indemnity Company*

**LAW OFFICES OF SCOTT B. TULMAN**

By: ___/s/_____
   Scott B. Tulman, Esq.
   230 Park Avenue, 18th Floor
   New York, NY 10169
   *Counsel for Jane Gomberg and East 19 Medical Supply Corp.*

**SO ORDERED**

_____
LaShann DeArcy Hall, U.S.D.J.

Dated:_____, 2018

2