

**GTPC** GARY TSIRELMAN P.C.

ATTORNEYS & COUNSELORS AT LAW

129 LIVINGSTON STREET
SECOND & THIRD FLOORS
BROOKLYN, NY 11201
T: (718) 438-1200 EXT: 118
nbowers@gtmdjd.com

2/26/2019

BY ECF
Honorable Robert M. Levy
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:** *Allstate Insurance Company, et al., v. Artur Avetisyan, et al., Index No. 17-cv-04275*; **Request to be Excused From Conference Scheduled for 4:00 p.m. on Thrusday, February 28**

Dear Judge Levy:

    We write on behalf of Defendants Levy Davidov and Top Q, Inc., ("GTPC Defendants") to request that counsel be excused from attending the conference scheduled for 4:00 p.m. on Thursday, February 28 because the above-named Defendants have reached a settlement in principle with Plaintiffs.

    Plaintiffs consent to this request. The GTPC Defendants and Plaintiffs reached a settlement in principle on Friday, February 22. The formal settlement agreement has not been executed as it is still under attorney review, although GTPC Defendants anticipate that a final agreement will be signed within days. GTPC Defendants request this excusal in order to avoid incurring additional attorney fees even though the case has been settled in principle.

    Thank you for your consideration of this letter.

                                                          Respectfully,
                                                          /s/ _____
                                                          Nicholas Bowers, Esq.

Cc:  All Counsel via ECF
                                                          *Counsel for GTPC Defendants*
                                                          Gary Tsirelman P.C.
                                                          129 Livingston, 2nd Floor
                                                          Brooklyn NY 11201