UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY, ALLSTATE NEW JERSEY PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND NORTHBROOK INDEMNITY COMPANY,

                        Plaintiffs,

-against-

ARTUR AVETISYAN, ZINOVY AYZENBERG, DANIEL BATUROV, ALEXANDER BLANTZ, ALEXANDR CHERNYSHEV, LEVY DAVIDOV, TATYANA FEDEROV, OLGA GINDINOVA, JANE GOMBERG, NAUM GOMBERG, ANNA GORBACHEVA, LENNY KAGAN, ALBERT KHAIMOV, MURDAKHAY KHAIMOV, YEFIM KLIKSHTEYN, ZLATISLAV KOMISARCHIK, ALEXANDRA MATLYUK, GREGORY MILLER, EDWARD MOLDOVANKSY, INESSA MUCHNIK, SERGE OGAN, IGOR SARNOV, BRUNO SKAPARS, ACE ORTHOPEDIC SERVICES, INC., ADVANCED ORTHOPEDIC SOLUTIONS INC., ADVANCED PHARMACY, INC., ALMATCARE MEDICAL SUPPLY INC., AOM MEDICAL SUPPLY, INC., AVA CUSTOM SUPPLY INC., BA2RO INC., DAILY MEDICAL EQUIPMENT DISTRIBUTION CENTER, INC., EAST 19 MEDICAL SUPPLY CORP., GERRITSEN MEDCARE INC., HELPFUL MEDICAL SUPPLY, CORP., LENEX SERVICES INC., LIDA'S MEDICAL SUPPLY INC., LIFE EQUIPMENT INC., MED EQUIPMENTS SERVICE, INC., ORION SUPPLIES INC., PROMPT MEDICAL SUPPLY INC., RIGHT CHOICE MEDICAL SUPPLY INC., SKAPARS HEALTH PRODUCTS INC., SMART CHOICE MEDICAL SUPPLY, INC., TOP Q INC., VOORHIES HEALTH CARE PRODUCTS, INC., WELL CARE MEDICAL EQUIPMENT LLC, XVV, INC., IGAL BLANTZ, GALA TRADING INC., IG&NAT SERVICES, INC., JOHN DOES 1 THROUGH 20 AND ABC CORPORATIONS 1 THROUGH 20,

                        Defendants.

17-CV-4275 (RPK)(RML)

MOTION FOR A DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55

---

**PLEASE TAKE NOTICE** that upon the annexed declaration of James A. McKenney, Esq., dated July 1, 2020, and exhibits attached thereto, declaration of Michael Bruno, dated June 5, 2020, the accompanying Memorandum of Law in support of this motion, and upon all prior pleadings and proceedings herein, Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company, Allstate Property and Casualty Insurance Company, and Northbrook Indemnity Company (collectively "Plaintiffs"), will

move this Court before the Honorable Rachel P. Kovner, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an Order pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure granting Plaintiffs a Default Judgment against Defendants Artur Avetisyan, Alexandra Matlyuk, Gregory Miller, Almatcare Medical Supply Inc., AVA Custom Supply, Inc., Daily Medical Equipment Distribution Center, Inc., and IG & NAT Services, Inc.

Dated: New York, New York,
       July 1, 2020

                               Morrison Mahoney, LLP

                               By: __/s/ James A. McKenney____
                                  Robert A. Stern
                                  James A. McKenney
                                  Lee Pinzow
                                  Attorneys for Plaintiffs
                                  Wall Street Plaza
                                  88 Pine Street, Suite 1900
                                  New York, New York 10005
                                  T: (212) 825-1212
                                  F: (212) 825-1313