UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY, ALLSTATE NEW JERSEY PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND NORTHBROOK INDEMNITY COMPANY,**

                                                   Plaintiffs,

        -against-

**ARTUR AVETISYAN, ZINOVY AYZENBERG, DANIEL BATUROV, ALEXANDER BLANTZ, ALEXANDR CHERNYSHEV, LEVY DAVIDOV, TATYANA FEDEROV, OLGA GINDINOVA, JANE GOMBERG, NAUM GOMBERG, ANNA GORBACHEVA, LENNY KAGAN, ALBERT KHAIMOV, MURDAKHAY KHAIMOV, YEFIM KLIKSHTEYN, ZLATISLAV KOMISARCHIK, ALEXANDRA MATLYUK, GREGORY MILLER, EDWARD MOLDOVANKSY, INESSA MUCHNIK, SERGE OGAN, IGOR SARNOV, BRUNO SKAPARS, ACE ORTHOPEDIC SERVICES, INC., ADVANCED ORTHOPEDIC SOLUTIONS INC., ADVANCED PHARMACY, INC., ALMATCARE MEDICAL SUPPLY INC., AOM MEDICAL SUPPLY, INC., AVA CUSTOM SUPPLY INC., BA2RO INC., DAILY MEDICAL EQUIPMENT DISTRIBUTION CENTER, INC., EAST 19 MEDICAL SUPPLY CORP., GERRITSEN MEDCARE INC., HELPFUL MEDICAL SUPPLY, CORP., LENEX SERVICES INC., LIDA'S MEDICAL SUPPLY INC., LIFE EQUIPMENT INC., MED EQUIPMENTS SERVICE, INC., ORION SUPPLIES INC., PROMPT MEDICAL SUPPLY INC., RIGHT CHOICE MEDICAL SUPPLY INC., SKAPARS HEALTH PRODUCTS INC., SMART CHOICE MEDICAL SUPPLY, INC., TOP Q INC., VOORHIES HEALTH CARE PRODUCTS, INC., WELL CARE MEDICAL EQUIPMENT LLC, XVV, INC., IGAL BLANTZ, GALA TRADING INC., IG&NAT SERVICES, INC., JOHN DOES 1 THROUGH 20 AND ABC CORPORATIONS 1 THROUGH 20,**

                                                   Defendants.

17-CV-4275 (RPK)(RML)

[PROPOSED] JUDGMENT

---

    This action having been commenced on July 19, 2017 by the filing of the Summons and Complaint, which was properly served on each of Defendants Artur Avetisyan, Alexandra Matlyuk, Gregory Miller, Almatcare Medical Supply Inc., AVA Custom Supply, Inc., Daily Medical Equipment Distribution Center, Inc., and IG & NAT Services, Inc., proof of service having been filed, Defaulted Defendants having failed to answer the Complaint, Plaintiffs having moved

1

Exhibit 1

for Default Judgment on July 1, 2020, and the Plaintiffs having established that Defaulted Defendants are liable to Plaintiffs for damages in the amounts set forth below;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**: that judgment is entered in favor of Plaintiffs:

(1) against Defendant Arthur Avetisyan, jointly and severally and inclusive of treble damages under the RICO Act, in the amount of $ 19,337.93, which includes prejudgment interest of $1,479.89 at the rate of 9% per annum;

(2) against Defendant Alexandra Matlyuk, jointly and severally and inclusive of treble damages under the RICO Act, in the amount of $101,427.61, which includes prejudgment interest of $5,091.61 at the rate of 9% per annum;

(3) against Defendant Gregory Miller, jointly and severally and inclusive of treble damages under the RICO Act, in the amount of $2,751,920.64, which includes prejudgment interest of $367,849.62 at the rate of 9% per annum;

(4) against Defendant Almatcare Medical Supply, Inc. in the amount of $37,884.80, which includes prejudgment interest of $5,248.81 at the rate of 9% per annum;

(5) against Defendant AVA Custom Supply, Inc. in the amount of $7,882.33, which includes prejudgment interest of $1,557.95 at the rate of 9% per annum;

(6) against Defendant Daily Medical Equipment Distribution Center, Inc. in the amount of $1,162,539.9, which includes prejudgment interest of $367,849.62 at the rate of 9% per annum; and

(7) against IG & NAT Services, Inc., jointly and severally, inclusive of treble damages under the RICO Act, and exclusive of any set-offs, in the amount of

3

$403,793.99, which includes prejudgment interest of $71,950.27 at the rate of 9% per annum.

Dated: Brooklyn, New York
_____, 2020

_____
U.S.D.J. Rachel P. Kovner

This document was entered on the docket on _____, 2020.

Exhibit 1