Case 1:17-cv-04275-BPK-RML Document 274-10 Filed 07/01/20 Page 1 of 2 PageID #: 7969
Case 1:17-cv-04275-LDH-RML Document 33-10 Filed 10/07/17 Page 1 of 2 PageID #: 1299
MORRISONM-

## AFFIDAVIT OF SERVICE

Index No. 17-CV-4275
Date filed
File No.

US DISTRICT COURT, COUNTY OF EASTERN NY

ALLSTATE INSURANCE COMPANY, ET AL.

Plaintiff(s)

against

ARTUR AVETISYAN, ET AL.

Defendant(s)

State of New York, County of Nassau  SS:

AYMAN ELHASHASH being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at **BROOKLYN NY 11210**

That on 9/29/2017 at 1:00 PM at HOME ADDR. at
**2900 OCEAN AVE, APT 2H**
**BROOKLYN NY 11235**
deponent served the within
**SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

on **ALEXANDRA MATLYUK**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;
**SUITABLE AGE PERSON**
by delivering a true copy of each to **JOHN DOE COTENANT**
a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling house usual place of abode within the state

APPROXIMATE DESCRIPTION
| SEX | MALE | COLOR | WHITE | HAIR | BLONE | HEIGHT | 5'10' | WEIGHT | 145 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AGE | 30 | OTHER | | | | | | | |

MILITARY CONFIRMATION
I asked the person spoken to
**JOHN DOE-COTENANT**
whether recipient is in active military service of the United States in any capacity whatever. Person answered in the negative. The source of my information and the grounds of my belief are the conversations narrated. Upon information and belief I aver that the defendant is not in the military service as that term is defined in the Federal statutes.

Sworn to before me on 10/4/17

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2020

TRACY ASCANI
NOTARY PUBLIC, STATE OF NY
# 01AS4923697
QUALIFIED IN NASSAU COUNTY
EXPIRES MARCH 7, 2018

AYMAN ELHASHASH
2053020

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353

Exhibit 7

Case 1:17-cv-04275-BMC-RML Document 274-10 Filed 07/01/20 Page 2 of 2 PageID #: 9787
Case 1:17-cv-04275-LDH-RML Document 33 Filed 10/07/17 Page 2 of 2 PageID #: 1300
MORRISONM-

**AFFIDAVIT OF MAILING**

Index No. **17-CV-4275**
Date filed
File No.

| US DISTRICT | COURT, COUNTY OF | EASTERN NY |

**ALLSTATE INSURANCE COMPANY, ET AL.**

Plaintiff(s)

against

**ARTUR AVETISYAN, ET AL.**

Defendant(s)

State of New York, County of Nassau                 SS:

**Mildred Sarmiento** being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at **East Meadow** **NY**

That on 10/4/17 deponent mailed the within,
**SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

by regular 1st class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or action against the person.

To:     **ALEXANDRA MATLYUK**

At:     **2900 OCEAN AVE, APT 2H**
        **BROOKLYN**                 **NY**        **11235**

Sworn to before me on 10/4/17

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2020

TRACY ASCANI
NOTARY PUBLIC, STATE OF NY
# 01AS4923697
QUALIFIED IN NASSAU COUNTY
EXPIRES MARCH 7, 2018

*Mildred Sarmiento*
**Mildred Sarmiento**

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353

Exhibit 7