Case 1:17-cv-04275-RPK-RML Document 274-11 Filed 07/01/20 Page 1 of 1 PageID #: 7971
Case 1:17-cv-04275-LDH-RML Document 35-1 Filed 10/07/17 Page 1 of 1 PageID #: 303

MORRISONM-

US DISTRICT COURT, COUNTY OF EASTERN NY

Index No. 17-CV-4275

File No.

ALLSTATE INSURANCE COMPANY, ET AL.

Plaintiff(s)

against

ARTUR AVETISYAN, ET AL.

Defendant(s)

**AFFIDAVIT OF SERVICE**

| | Deponent states that Index# & Filing Date were clearly visible On the papers served

State of NY, County of Richmond ss:

J Olivieri being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at Richmond County. That on 9-20-17 at 9:10 AM/PM, at 97 Excelsior Ave. Staten Island NY 10308 deponent served the within SUMMONS IN A CIVIL ACTION COMPLAINT

on GREGORY MILLER
defendant(s) therein named.

**Individual**
☐ by delivering a true copy of each to said defendant(s) _____ H.A. (X) P.O.B. ( )
personally; deponent knew the person(s) served to be the person(s) described as said defendant(s) therein.

**Corporation**
☐ a domestic corporation(s), defendant(s) therein named, by delivery to and leaving with _____ of said corporation(s) a true copy thereof, deponent further knew the said individual(s) to be authorized to accept on behalf of the corporation.

**Suitable Age Person**
☒ by delivering thereat a true copy(ies) of each to Merine (unk)
a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling house usual place of abode within the state

**Affixing To Door, Etc.**
☐ by affixing a true copy(ies) of each to the door of said premises which is defendant's actual place of business or dwelling place or usual place of abode within the state, Deponent was unable, with due diligence to find defendant(s) or a person(s) of suitable age and discretion, thereat having called there.

**Mailing**
☒ Deponent also mailed by first class mail a copy of same to the person to be served at the aforementioned address in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served, on 28 day of Sept, 2017

**Approximate Description**
☒ Sex F Color W HAIR BL Approx. Ht 5'4" Approx. Wt 160 Approx. Age 50-55

**Military Service**
☒ I asked the person spoken to Merine (unk) whether the defendant is in active military service of the United States or if he/she or any member of his/her family is dependent on anyone in the U.S. Military in any capacity whatever. Person answered in the negative. The source of my information and the grounds of my belief are the conversations narrated. Upon information and belief I aver that the defendant is not in the military service nor are they or any member of their family dependent on the United States as that term is defined in the Federal statutes.

Sworn to before me on 20 day of September, 2017

ILANA B. IMBER-GLUCK
Notary Public, State of New York
Registration #02IM6128189
Qualified in Richmond County
Commission Expires June 6, 20__

Server Signature

John Olivieri
Print Name

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Minneola, NY 11501 (516) 741-4353

Exhibit 8