100806
MORRISONM-

Index No. **17-CV-4275**

## AFFIDAVIT OF SERVICE

**US DISTRICT** COURT, COUNTY OF **EASTERN NY**

**ALLSTATE INSURANCE COMPANY, ET AL.**

Plaintiff(s)

against

**ARTUR AVETISYAN, ET AL.**

Defendant(s)

State of New York, County of Nassau SS:

**AYMAN ELHASHASH** being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at **BROOKLYN NY 11210**

That on **11/9/2017** at **4:22 PM** at **HOME ADDR.** at
**3426 GUIDER AVENUE, 1ST FL**
**BROOKLYN NY 11235**
deponent served the within
**SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

on **ARTUR AVETISYAN**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;
**SUITABLE AGE PERSON**
by delivering a true copy of each to **"JOHN DOE" (REFUSED NAME)**
a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling house usual place of abode within the state

APPROXIMATE DESCRIPTION
| SEX | MALE | COLOR | WHITE | HAIR | GRAY | HEIGHT | 5'6" | WEIGHT | 145 |
| AGE | 50 | OTHER | | | | | | | |

MILITARY CONFIRMATION
I asked the person spoken to
**"JOHN DOE" (REFUSED NAME)**
whether recipient is in active military service of the United States in any capacity whatever. Person answered in the negative. The source of my information and the grounds of my belief are the conversations narrated. Upon information and belief I aver that the defendant is not in the military service as that term is defined in the Federal statutes.

Sworn to before me on **11/16/17**

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2020

TRACY ASCANI
Notary Public, State of New York
No. 01AS4923697
Qualified in Nassau County
Commission Expires 03/07/2018

**AYMAN ELHASHASH**
2053020

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353

Exhibit 9

100806
MORRISONM-

**AFFIDAVIT OF MAILING**  Index No. **17-CV-4275**

| US DISTRICT | COURT, COUNTY OF | EASTERN NY |

**ALLSTATE INSURANCE COMPANY, ET AL.**

against

Plaintiff(s)

**ARTUR AVETISYAN, ET AL.**

Defendant(s)

State of New York, County of Nassau                SS:

**Mildred Sarmiento**    being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at    **East Meadow,    NY    11554**

That on    **11/9/2017** deponent mailed the within,
**SUMMONS IN A CIVIL ACTION**
**COMPLAINT**

by regular 1st class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or action against the person.

To:    **ARTUR AVETISYAN**

At:    **3426 GUIDER AVENUE, 1ST FL**
       **BROOKLYN              NY       11235**

Sworn to before me on            **11/9/2017**

*[signature]*

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2020

TRACY ASCANI
Notary Public, State of New York
No. 01AS4923697
Qualified in Nassau County
Commission Expires 03/07/2018

*Mildred Sarmiento [signature]*
**Mildred Sarmiento**

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353

Exhibit 9