*Allstate Insurance Co., et al v. Avetisyan, et al.*
**Exhibit 17 - All Claims for Relief**

| Claim for Relief | Defendants | Claim |
|---|---|---|
| Thirteen | Matlyuk | RICO |
| Fourteen | Matlyuk, Almatcare Medical Supply | Common Law Fraud |
| Fifteen | Matlyuk, Almatcare Medical Supply | Unjust Enrichment |
| Twenty-One | Avetisyan | RICO |
| Twenty-Two | Avetisyan, AVA Custom Supply | Common Law Fraud |
| Twenty-Three | Avetisyan, AVA Custom Supply | Unjust Enrichment |
| Twenty-Ninth | Miller | RICO |
| Thirtieth | Miller, Daily Medical | Common Law Fraud |
| Thirty-First | Miller, Daily Medical | Unjust Enrichment |
| Fifty-Seven | IG&NAT Services | RICO |