*Allstate Insurance Co., et al v. Avetisyan, et al.*
**Exhibit 18 - RICO Claims for Relief**

| Claim for Relief | Defendants | Enterprise |
|---|---|---|
| Thirteen | Matlyuk | Almatcare Medical Supply |
| Twenty-One | Avetisyan | AVA Custom Supply |
| Twenty-Nine | Miller | Daily Medical |
| Fifty-Seven | IG&NAT Services | Med Equipments Service |