*Allstate Insurance Co., et al v. Avetisyan, et al.*
**Exhibit 19 - Common Law Claims for Relief**

| Claim for Relief | Defendants | Claim |
| --- | --- | --- |
| Fourteen | Matlyuk, Almatcare Medical Supply | Common Law Fraud |
| Fifteen | Matlyuk, Almatcare Medical Supply | Unjust Enrichment |
| Twenty-Two | Avetisyan, AVA Custom Supply | Common Law Fraud |
| Twenty-Three | Avetisyan, AVA Custom Supply | Unjust Enrichment |
| Thirty | Miller, Daily Medical | Common Law Fraud |
| Thirty-One | Miller, Daily Medical | Unjust Enrichment |