*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 20 - Payments Made to Almatcare Medical Supply, Inc.**

| Claim Number | Patient Initials | Check Number | Amount | Payee | Post Date | Plaintiff |
|---|---|---|---|---|---|---|
| 405596346 | C.J. | 614304887 | $514.69 | Almatcare Medical Supply Inc | 8/3/2016 | Allstate Fire and Casualty Ins. Co. |
| 405596346 | J.J. | 614304919 | $861.58 | Almatcare Medical Supply Inc | 8/3/2016 | Allstate Fire and Casualty Ins. Co. |
| 406364943 | S.S. | 172284810 | $1,526.60 | Almatcare Medical Supply Inc | 2/10/2020 | Allstate Insurance Co. |
| 407028307 | L.H. | 614269967 | $827.58 | Almatcare Medical Supply Inc | 6/24/2016 | Allstate Insurance Co. |
| 408669091 | B.C. | 614262098 | $432.00 | Almatcare Medical Supply Inc | 6/15/2016 | Allstate Fire and Casualty Ins. Co. |
| 410884431 | N.J. | 614280871 | $827.58 | Almatcare Medical Supply Inc | 7/7/2016 | Allstate Insurance Co. |
| 410945885 | C.S. | 614284111 | $827.58 | Almatcare Medical Supply Inc | 7/11/2016 | Allstate Property and Casualty Ins. Co. |
| 410945885 | C.S. | 614332114 | $502.63 | Almatcare Medical Supply Inc | 8/31/2016 | Allstate Property and Casualty Ins. Co. |
| 410945885 | D.B. | 614284109 | $827.58 | Almatcare Medical Supply Inc | 7/11/2016 | Allstate Property and Casualty Ins. Co. |
| 417885894 | D.S. | 683482969 | $827.58 | Almatcare Medical Supply Inc | 9/26/2016 | Allstate Fire and Casualty Ins. Co. |
| 417885894 | R.J. | 683482968 | $837.51 | Almatcare Medical Supply Inc | 9/26/2016 | Allstate Fire and Casualty Ins. Co. |
| 418288908 | J.F. | 660548385 | $907.39 | Almatcare Medical Supply Inc | 9/12/2016 | Allstate Fire and Casualty Ins. Co. |
| 419025531 | O.S. | 614354308 | $515.45 | Almatcare Medical Supply Inc | 9/26/2016 | Allstate Fire and Casualty Ins. Co. |
| 419602759 | M.P. | 614378289 | $827.58 | Almatcare Medical Supply Inc | 10/18/2016 | Allstate Insurance Co. |
| 419605521 | S.D. | 111971307 | $2,476.84 | Almatcare Medical Supply Inc | 2/26/2020 | Allstate Fire and Casualty Ins. Co. |
| 422865287 | N.P. | 614383406 | $913.17 | Almatcare Medical Supply Inc | 10/24/2016 | Allstate Fire and Casualty Ins. Co. |
| 422865287 | S.B. | 614378218 | $917.85 | Almatcare Medical Supply Inc | 10/18/2016 | Allstate Fire and Casualty Ins. Co. |
| 427717475 | K.C. | 671605110 | $523.99 | Almatcare Medical Supply Inc | 12/7/2016 | Allstate N.J. Property & Casualty Ins. Co. |
| 432281368 | J.D. | 614454305 | $684.85 | Almatcare Medical Supply Inc | 1/9/2017 | Allstate Fire and Casualty Ins. Co. |
| 432281368 | J.D. | 614454306 | $422.00 | Almatcare Medical Supply Inc | 1/9/2017 | Allstate Fire and Casualty Ins. Co. |
| 432281368 | J.D. | 614454307 | $481.57 | Almatcare Medical Supply Inc | 1/9/2017 | Allstate Fire and Casualty Ins. Co. |
| 432387876 | K.J. | 614463806 | $511.42 | Almatcare Medical Supply Inc | 1/18/2017 | Allstate Fire and Casualty Ins. Co. |
| 432387876 | K.J. | 614463807 | $655.00 | Almatcare Medical Supply Inc | 1/18/2017 | Allstate Fire and Casualty Ins. Co. |
| 433631223 | C.R. | 660570820 | $1,047.23 | Almatcare Medical Supply Inc | 2/15/2017 | Allstate Indemnity Co. |
| 434841219 | J.C. | 614476851 | $1,173.42 | Almatcare Medical Supply Inc | 2/1/2017 | Allstate Fire and Casualty Ins. Co. |
| 435110911 | T.B. | 614451583 | $634.52 | Almatcare Medical Supply Inc | 1/5/2017 | Allstate Fire and Casualty Ins. Co. |
| 437601073 | B.W. | 614487277 | $1,028.71 | Almatcare Medical Supply Inc | 2/10/2017 | Allstate Fire and Casualty Ins. Co. |
| 438456105 | A.W. | 135836759 | $2,370.84 | Almatcare Medical Supply Inc | 11/27/2019 | Allstate Property and Casualty Ins. Co. |
| 441679321 | S.T. | 642051055 | $1,028.71 | Almatcare Medical Supply Inc | 3/17/2017 | Allstate Indemnity Co. |
| 467540464 | T.N. | 156152355 | $6,702.54 | Almatcare Medical Supply Inc | 4/8/2020 | Allstate Insurance Co. |