*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 21- Payments Made to AVA Custom Supply, Inc.**

| Claim Number | Patient Initials | Check Number | Amount | Payee | Post Date | Plaintiff |
|---|---|---|---|---|---|---|
| 423223775 | J.L. | 630452340 | $164.00 | AVA Custom Supply Inc | 9/29/2016 | Allstate Fire and Casualty Ins. Co. |
| 423223775 | J.L. | 630460784 | $660.34 | AVA Custom Supply Inc | 12/15/2016 | Allstate Fire and Casualty Ins. Co. |
| 423223775 | J.L. | 630460780 | $251.34 | AVA Custom Supply Inc | 12/15/2016 | Allstate Fire and Casualty Ins. Co. |
| 423223775 | J.L. | 630460936 | $1,150.00 | AVA Custom Supply Inc | 12/17/2016 | Allstate Fire and Casualty Ins. Co. |
| 433164233 | M.L. | 614441591 | $164.00 | AVA Custom Supply Inc | 12/23/2016 | Allstate Fire and Casualty Ins. Co. |
| 433164233 | M.L. | 614471878 | $866.70 | AVA Custom Supply Inc | 1/28/2017 | Allstate Fire and Casualty Ins. Co. |
| 433164233 | M.L. | 614471877 | $502.63 | AVA Custom Supply Inc | 1/28/2017 | Allstate Fire and Casualty Ins. Co. |
| 433164233 | M.L. | 614471880 | $660.34 | AVA Custom Supply Inc | 1/28/2017 | Allstate Fire and Casualty Ins. Co. |
| 433164233 | P.P. | 614441592 | $164.00 | AVA Custom Supply Inc | 12/23/2016 | Allstate Fire and Casualty Ins. Co. |
| 433164233 | P.P. | 614471879 | $866.70 | AVA Custom Supply Inc | 1/28/2017 | Allstate Fire and Casualty Ins. Co. |
| 433164233 | P.P. | 614471877 | $502.63 | AVA Custom Supply Inc | 1/28/2017 | Allstate Fire and Casualty Ins. Co. |
| 441929742 | S.N. | 614533838 | $371.70 | AVA Custom Supply Inc | 3/31/2017 | Allstate Insurance Co. |