*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 23 - Payments Made to Medical Equipments Service, Inc.**

| Claim Number | Patient Initials | Check Number | Amount | Payee | Post Date | Plaintiff |
|---|---|---|---|---|---|---|
| 143579688 | I.S. | 612206699 | $1,108.30 | Medical Equipments Service Inc | 5/23/2011 | Allstate Insurance Co. |
| 170506975 | G.R. | 141253035 | $563.43 | Medical Equipments Service Inc | 11/4/2013 | Allstate Insurance Co. |
| 170506975 | J.R. | 611875196 | $409.00 | Medical Equipments Service Inc | 11/12/2010 | Allstate Insurance Co. |
| 171999310 | A.N. | 611878540 | $409.00 | Medical Equipments Service Inc | 11/15/2010 | Allstate Property and Casualty Ins. Co. |
| 171999310 | A.N. | 612009110 | $1,154.00 | Medical Equipments Service Inc | 1/27/2011 | Allstate Property and Casualty Ins. Co. |
| 172582990 | F.T. | 611869498 | $409.00 | Medical Equipments Service Inc | 11/10/2010 | Allstate Property and Casualty Ins. Co. |
| 172910234 | J.C. | 611900446 | $409.00 | Medical Equipments Service Inc | 11/26/2010 | Allstate Property and Casualty Ins. Co. |
| 173582453 | J.D. | 611968079 | $409.00 | Medical Equipments Service Inc | 1/4/2011 | Allstate Property and Casualty Ins. Co. |
| 174776393 | S.K.S. | 611858987 | $117.93 | Medical Equipments Service Inc | 11/4/2010 | Allstate Property and Casualty Ins. Co. |
| 174776393 | S.K.S. | 120977529 | $2,590.41 | Medical Equipments Service Inc | 11/29/2013 | Allstate Property and Casualty Ins. Co. |
| 175607126 | M.P. | 640694542 | $401.43 | Medical Equipments Service Inc | 11/15/2010 | Allstate Indemnity Co. |
| 175607126 | M.P. | 640706251 | $409.00 | Medical Equipments Service Inc | 12/6/2010 | Allstate Indemnity Co. |
| 175607126 | M.P. | 640706248 | $1,145.70 | Medical Equipments Service Inc | 12/6/2010 | Allstate Indemnity Co. |
| 175666189 | M.J. | 117618622 | $1,769.32 | Medical Equipments Service Inc | 8/22/2011 | Allstate Property and Casualty Ins. Co. |
| 175786946 | W.C. | 611849571 | $22.04 | Medical Equipments Service Inc | 10/29/2010 | Allstate Property and Casualty Ins. Co. |
| 175786946 | W.C. | 611849572 | $740.43 | Medical Equipments Service Inc | 10/29/2010 | Allstate Property and Casualty Ins. Co. |
| 175786946 | W.C. | 611923978 | $407.00 | Medical Equipments Service Inc | 12/9/2010 | Allstate Property and Casualty Ins. Co. |
| 175786946 | W.C. | 611923979 | $409.00 | Medical Equipments Service Inc | 12/9/2010 | Allstate Property and Casualty Ins. Co. |
| 175786946 | W.C. | 127674407 | $191.67 | Medical Equipments Service Inc | 1/3/2012 | Allstate Property and Casualty Ins. Co. |
| 175821610 | A.S. | 611872274 | $568.43 | Medical Equipments Service Inc | 11/11/2010 | Allstate Insurance Co. |
| 175821610 | A.S. | 117618623 | $1,756.82 | Medical Equipments Service Inc | 8/22/2011 | Allstate Insurance Co. |
| 175821610 | D.S. | 611872275 | $498.43 | Medical Equipments Service Inc | 11/11/2010 | Allstate Insurance Co. |
| 175821610 | D.S. | 171003353 | $1,750.56 | Medical Equipments Service Inc | 9/16/2011 | Allstate Insurance Co. |
| 176004307 | C.F. | 611898923 | $497.43 | Medical Equipments Service Inc | 11/24/2010 | Allstate Insurance Co. |
| 176004307 | C.F. | 117618624 | $1,750.56 | Medical Equipments Service Inc | 8/22/2011 | Allstate Insurance Co. |
| 176294940 | G.M.J. | 611919160 | $409.00 | Medical Equipments Service Inc | 12/7/2010 | Allstate Insurance Co. |
| 176294940 | G.M.J. | 611919161 | $1,154.00 | Medical Equipments Service Inc | 12/7/2010 | Allstate Insurance Co. |
| 176588903 | R.G. | 611943536 | $409.00 | Medical Equipments Service Inc | 12/21/2010 | Allstate Insurance Co. |
| 176775559 | V.K. | 611877232 | $189.00 | Medical Equipments Service Inc | 11/15/2010 | Allstate Insurance Co. |
| 176775559 | V.K. | 611877233 | $498.43 | Medical Equipments Service Inc | 11/15/2010 | Allstate Insurance Co. |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 23 - Payments Made to Medical Equipments Service, Inc.**

| Claim Number | Patient Initials | Check Number | Amount | Payee | Post Date | Plaintiff |
|---|---|---|---|---|---|---|
| 176775559 | V.K. | 611968535 | $409.00 | Medical Equipments Service Inc | 1/4/2011 | Allstate Insurance Co. |
| 176775559 | V.K. | 611968536 | $1,113.91 | Medical Equipments Service Inc | 1/4/2011 | Allstate Insurance Co. |
| 177098208 | T.U. | 611876579 | $189.00 | Medical Equipments Service Inc | 11/15/2010 | Allstate Property and Casualty Ins. Co. |
| 177098208 | T.U. | 611876585 | $498.43 | Medical Equipments Service Inc | 11/15/2010 | Allstate Property and Casualty Ins. Co. |
| 177098208 | T.U. | 611943589 | $1,154.00 | Medical Equipments Service Inc | 12/21/2010 | Allstate Property and Casualty Ins. Co. |
| 177098208 | T.U. | 612018478 | $409.00 | Medical Equipments Service Inc | 2/2/2011 | Allstate Property and Casualty Ins. Co. |
| 177192713 | T.B. | 611986400 | $409.00 | Medical Equipments Service Inc | 1/14/2011 | Allstate Property and Casualty Ins. Co. |
| 177261377 | M.A. | 611843337 | $498.43 | Medical Equipments Service Inc | 10/26/2010 | Allstate Property and Casualty Ins. Co. |
| 177382405 | R.N. | 611941457 | $189.00 | Medical Equipments Service Inc | 12/20/2010 | Allstate Property and Casualty Ins. Co. |
| 177382405 | R.N. | 611941458 | $498.43 | Medical Equipments Service Inc | 12/20/2010 | Allstate Property and Casualty Ins. Co. |
| 177382405 | R.N. | 611974859 | $1,154.00 | Medical Equipments Service Inc | 1/7/2011 | Allstate Property and Casualty Ins. Co. |
| 177382405 | R.N. | 611978006 | $409.00 | Medical Equipments Service Inc | 1/10/2011 | Allstate Property and Casualty Ins. Co. |
| 177557238 | D.B. | 611868051 | $716.87 | Medical Equipments Service Inc | 11/9/2010 | Allstate Property and Casualty Ins. Co. |
| 177557238 | D.B. | 611916645 | $409.00 | Medical Equipments Service Inc | 12/6/2010 | Allstate Property and Casualty Ins. Co. |
| 177557238 | D.B. | 611916646 | $1,154.00 | Medical Equipments Service Inc | 12/6/2010 | Allstate Property and Casualty Ins. Co. |
| 177596326 | G.H. | 611895624 | $841.87 | Medical Equipments Service Inc | 11/23/2010 | Allstate Property and Casualty Ins. Co. |
| 178133112 | D.K. | 611877721 | $401.43 | Medical Equipments Service Inc | 11/15/2010 | Allstate Property and Casualty Ins. Co. |
| 178217030 | F.A. | 611856226 | $447.87 | Medical Equipments Service Inc | 11/2/2010 | Allstate Property and Casualty Ins. Co. |
| 178217030 | F.A. | 611914560 | $205.00 | Medical Equipments Service Inc | 12/6/2010 | Allstate Property and Casualty Ins. Co. |
| 178217030 | F.A. | 127917589 | $1,234.54 | Medical Equipments Service Inc | 11/5/2013 | Allstate Property and Casualty Ins. Co. |
| 178217030 | Y.R. | 611857833 | $351.30 | Medical Equipments Service Inc | 11/3/2010 | Allstate Property and Casualty Ins. Co. |
| 178217030 | Y.R. | 120932375 | $160.81 | Medical Equipments Service Inc | 7/22/2013 | Allstate Property and Casualty Ins. Co. |
| 178224192 | R.B. | 195032261 | $1,240.64 | Medical Equipments Service Inc | 7/2/2013 | Allstate Insurance Co. |
| 178656351 | M.S. | 611883756 | $96.00 | Medical Equipments Service Inc | 11/17/2010 | Allstate Property and Casualty Ins. Co. |
| 178656351 | M.S. | 611884972 | $498.43 | Medical Equipments Service Inc | 11/18/2010 | Allstate Property and Casualty Ins. Co. |
| 178723474 | C.S. | 611949149 | $56.93 | Medical Equipments Service Inc | 12/23/2010 | Allstate Insurance Co. |
| 179363502 | J.W. | 611963650 | $544.87 | Medical Equipments Service Inc | 1/3/2011 | Allstate Insurance Co. |
| 179363502 | L.L. | 611960512 | $142.44 | Medical Equipments Service Inc | 1/3/2011 | Allstate Insurance Co. |
| 179363502 | L.L. | 611960513 | $498.43 | Medical Equipments Service Inc | 1/3/2011 | Allstate Insurance Co. |
| 179368436 | A.S. | 611936018 | $620.87 | Medical Equipments Service Inc | 12/16/2010 | Allstate Insurance Co. |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 23 - Payments Made to Medical Equipments Service, Inc.**

| Claim Number | Patient Initials | Check Number | Amount | Payee | Post Date | Plaintiff |
|---|---|---|---|---|---|---|
| 179588973 | R.H. | 611959601 | $189.00 | Medical Equipments Service Inc | 12/30/2010 | Allstate Property and Casualty Ins. Co. |
| 179588973 | R.H. | 611959602 | $498.43 | Medical Equipments Service Inc | 12/30/2010 | Allstate Property and Casualty Ins. Co. |
| 179588973 | R.H. | 131009732 | $2,259.06 | Medical Equipments Service Inc | 11/7/2013 | Allstate Property and Casualty Ins. Co. |
| 179623540 | M.K. | 611932531 | $498.43 | Medical Equipments Service Inc | 12/14/2010 | Allstate Insurance Co. |
| 179623540 | M.K. | 107991404 | $1,636.71 | Medical Equipments Service Inc | 5/6/2014 | Allstate Insurance Co. |
| 179946446 | N.D. | 611991229 | $409.00 | Medical Equipments Service Inc | 1/18/2011 | Allstate Insurance Co. |
| 179946446 | N.D. | 611991230 | $1,154.00 | Medical Equipments Service Inc | 1/18/2011 | Allstate Insurance Co. |
| 179998461 | N.S. | 612015651 | $544.87 | Medical Equipments Service Inc | 2/1/2011 | Allstate Insurance Co. |
| 180003725 | A.J. | 612137145 | $409.00 | Medical Equipments Service Inc | 4/12/2011 | Allstate Property and Casualty Ins. Co. |
| 180092587 | N.P. | 612091341 | $477.50 | Medical Equipments Service Inc | 3/16/2011 | Allstate Property and Casualty Ins. Co. |
| 180104977 | I.H. | 187951113 | $751.93 | Medical Equipments Service Inc | 12/20/2011 | Allstate Insurance Co. |
| 180186009 | N.C. | 611988433 | $664.43 | Medical Equipments Service Inc | 1/17/2011 | Allstate Property and Casualty Ins. Co. |
| 180186009 | N.C. | 611992185 | $1,563.00 | Medical Equipments Service Inc | 1/18/2011 | Allstate Property and Casualty Ins. Co. |
| 180376626 | R.L. | 611953118 | $192.93 | Medical Equipments Service Inc | 12/28/2010 | Allstate Insurance Co. |
| 180376626 | R.L. | 612006661 | $407.00 | Medical Equipments Service Inc | 1/26/2011 | Allstate Insurance Co. |
| 180554271 | A.Z. | 681546051 | $1,154.00 | Medical Equipments Service Inc | 2/17/2011 | Allstate Property and Casualty Ins. Co. |
| 180554271 | A.Z. | 681546054 | $409.00 | Medical Equipments Service Inc | 2/17/2011 | Allstate Property and Casualty Ins. Co. |
| 180828915 | C.B. | 611990519 | $409.00 | Medical Equipments Service Inc | 1/18/2011 | Allstate Property and Casualty Ins. Co. |
| 180828915 | C.B. | 611990520 | $1,154.00 | Medical Equipments Service Inc | 1/18/2011 | Allstate Property and Casualty Ins. Co. |
| 180828915 | Z.S. | 611991846 | $409.00 | Medical Equipments Service Inc | 1/18/2011 | Allstate Property and Casualty Ins. Co. |
| 180828915 | Z.S. | 611991847 | $1,154.00 | Medical Equipments Service Inc | 1/18/2011 | Allstate Property and Casualty Ins. Co. |
| 180908246 | R.K. | 612053031 | $409.00 | Medical Equipments Service Inc | 2/23/2011 | Allstate Insurance Co. |
| 181135013 | T.R. | 611997984 | $189.00 | Medical Equipments Service Inc | 1/21/2011 | Allstate Property and Casualty Ins. Co. |
| 181135013 | T.R. | 612000250 | $390.43 | Medical Equipments Service Inc | 1/24/2011 | Allstate Property and Casualty Ins. Co. |
| 181135013 | T.R. | 612058967 | $409.00 | Medical Equipments Service Inc | 2/28/2011 | Allstate Property and Casualty Ins. Co. |
| 181135013 | T.R. | 612058968 | $1,154.00 | Medical Equipments Service Inc | 2/28/2011 | Allstate Property and Casualty Ins. Co. |
| 181135013 | T.R. | 612069205 | $108.00 | Medical Equipments Service Inc | 3/4/2011 | Allstate Property and Casualty Ins. Co. |
| 181234493 | L.B. | 611964191 | $117.93 | Medical Equipments Service Inc | 1/3/2011 | Allstate Property and Casualty Ins. Co. |
| 181234493 | L.B. | 612059927 | $409.00 | Medical Equipments Service Inc | 2/28/2011 | Allstate Property and Casualty Ins. Co. |
| 181234493 | L.B. | 612059930 | $1,154.00 | Medical Equipments Service Inc | 2/28/2011 | Allstate Property and Casualty Ins. Co. |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 23 - Payments Made to Medical Equipments Service, Inc.**

| Claim Number | Patient Initials | Check Number | Amount | Payee | Post Date | Plaintiff |
|---|---|---|---|---|---|---|
| 181236357 | R.M. | 612063874 | $409.00 | Medical Equipments Service Inc | 3/1/2011 | Allstate Property and Casualty Ins. Co. |
| 181518341 | D.S. | 612003021 | $498.43 | Medical Equipments Service Inc | 1/25/2011 | Allstate Insurance Co. |
| 181648964 | C.M. | 611976870 | $205.50 | Medical Equipments Service Inc | 1/10/2011 | Allstate Property and Casualty Ins. Co. |
| 181648964 | C.M. | 611976872 | $419.37 | Medical Equipments Service Inc | 1/10/2011 | Allstate Property and Casualty Ins. Co. |
| 181648964 | C.M. | 612054863 | $1,108.00 | Medical Equipments Service Inc | 2/24/2011 | Allstate Property and Casualty Ins. Co. |
| 181648964 | C.M. | 612068367 | $409.00 | Medical Equipments Service Inc | 3/3/2011 | Allstate Property and Casualty Ins. Co. |
| 181648964 | M.T. | 611976869 | $205.50 | Medical Equipments Service Inc | 1/10/2011 | Allstate Property and Casualty Ins. Co. |
| 181648964 | M.T. | 611976873 | $292.93 | Medical Equipments Service Inc | 1/10/2011 | Allstate Property and Casualty Ins. Co. |
| 181648964 | M.T. | 612088694 | $409.00 | Medical Equipments Service Inc | 3/15/2011 | Allstate Property and Casualty Ins. Co. |
| 181648964 | M.T. | 141377463 | $724.20 | Medical Equipments Service Inc | 10/13/2014 | Allstate Property and Casualty Ins. Co. |
| 181677287 | D.P. | 612003483 | $498.43 | Medical Equipments Service Inc | 1/25/2011 | Allstate Insurance Co. |
| 181677287 | F.P. | 611996517 | $498.43 | Medical Equipments Service Inc | 1/20/2011 | Allstate Insurance Co. |
| 181698282 | D.G. | 640719936 | $594.43 | Medical Equipments Service Inc | 12/30/2010 | Allstate Indemnity Co. |
| 181698282 | D.G. | 134852736 | $2,145.48 | Medical Equipments Service Inc | 6/5/2013 | Allstate Indemnity Co. |
| 182537175 | F.M. | 611980148 | $481.43 | Medical Equipments Service Inc | 1/11/2011 | Allstate Property and Casualty Ins. Co. |
| 182537175 | F.M. | 137941383 | $2,426.82 | Medical Equipments Service Inc | 12/17/2013 | Allstate Property and Casualty Ins. Co. |
| 183042258 | T.P. | 612058172 | $205.00 | Medical Equipments Service Inc | 2/25/2011 | Allstate Property and Casualty Ins. Co. |
| 183042258 | T.P. | 104937841 | $1,951.90 | Medical Equipments Service Inc | 9/23/2013 | Allstate Property and Casualty Ins. Co. |
| 183220292 | E.S. | 611947038 | $398.74 | Medical Equipments Service Inc | 12/22/2010 | Allstate Insurance Co. |
| 183220292 | E.S. | 612048262 | $205.00 | Medical Equipments Service Inc | 2/21/2011 | Allstate Insurance Co. |
| 183220292 | E.S. | 175077038 | $1,769.02 | Medical Equipments Service Inc | 8/6/2013 | Allstate Insurance Co. |
| 183384130 | M.M. | 612039452 | $22.04 | Medical Equipments Service Inc | 2/15/2011 | Allstate Property and Casualty Ins. Co. |
| 183384130 | M.M. | 612039453 | $498.43 | Medical Equipments Service Inc | 2/15/2011 | Allstate Property and Casualty Ins. Co. |
| 183384130 | M.M. | 198100934 | $1,312.29 | Medical Equipments Service Inc | 4/29/2013 | Allstate Property and Casualty Ins. Co. |
| 187754972 | S.I. | 611975981 | $498.43 | Medical Equipments Service Inc | 1/7/2011 | Allstate Property and Casualty Ins. Co. |
| 187754972 | S.I. | 148574387 | $3,676.18 | Medical Equipments Service Inc | 10/20/2016 | Allstate Property and Casualty Ins. Co. |
| 188630404 | V.M. | 612048295 | $498.43 | Medical Equipments Service Inc | 2/21/2011 | Allstate Property and Casualty Ins. Co. |
| 188630404 | V.M. | 612116551 | $409.00 | Medical Equipments Service Inc | 3/30/2011 | Allstate Property and Casualty Ins. Co. |
| 188630404 | V.M. | 612117010 | $1,154.00 | Medical Equipments Service Inc | 3/31/2011 | Allstate Property and Casualty Ins. Co. |
| 189290117 | E.S. | 612134491 | $596.69 | Medical Equipments Service Inc | 4/11/2011 | Allstate Property and Casualty Ins. Co. |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 23 - Payments Made to Medical Equipments Service, Inc.**

| Claim Number | Patient Initials | Check Number | Amount | Payee | Post Date | Plaintiff |
|---|---|---|---|---|---|---|
| 189290117 | E.S. | 612198639 | $1,517.00 | Medical Equipments Service Inc | 5/19/2011 | Allstate Property and Casualty Ins. Co. |
| 189690786 | M.C. | 612130436 | $450.69 | Medical Equipments Service Inc | 4/7/2011 | Allstate Property and Casualty Ins. Co. |
| 189690786 | M.C. | 178581398 | $3,480.28 | Medical Equipments Service Inc | 11/21/2016 | Allstate Property and Casualty Ins. Co. |
| 192214970 | I.A. | 612170197 | $117.93 | Medical Equipments Service Inc | 4/29/2011 | Allstate Property and Casualty Ins. Co. |
| 194415873 | V.A. | 612204501 | $450.69 | Medical Equipments Service Inc | 5/23/2011 | Allstate Property and Casualty Ins. Co. |
| 194415873 | V.A. | 612256244 | $205.00 | Medical Equipments Service Inc | 6/23/2011 | Allstate Property and Casualty Ins. Co. |
| 194537783 | K.M. | 612203452 | $671.13 | Medical Equipments Service Inc | 5/21/2011 | Allstate Insurance Co. |
| 195862255 | S.P. | 612230584 | $1,154.00 | Medical Equipments Service Inc | 6/8/2011 | Allstate Property and Casualty Ins. Co. |
| 195862255 | S.P. | 612230585 | $409.00 | Medical Equipments Service Inc | 6/8/2011 | Allstate Property and Casualty Ins. Co. |
| 196461891 | A.K. | 612209292 | $20.93 | Medical Equipments Service Inc | 5/25/2011 | Allstate Property and Casualty Ins. Co. |
| 196461891 | A.K. | 612307427 | $1,108.00 | Medical Equipments Service Inc | 7/28/2011 | Allstate Property and Casualty Ins. Co. |
| 196461891 | A.K. | 612307428 | $409.00 | Medical Equipments Service Inc | 7/28/2011 | Allstate Property and Casualty Ins. Co. |
| 196461891 | A.K. | 131111580 | $731.32 | Medical Equipments Service Inc | 9/12/2014 | Allstate Property and Casualty Ins. Co. |
| 196461891 | F.I. | 612197302 | $450.69 | Medical Equipments Service Inc | 5/18/2011 | Allstate Property and Casualty Ins. Co. |
| 196461891 | F.I. | 612307425 | $409.00 | Medical Equipments Service Inc | 7/28/2011 | Allstate Property and Casualty Ins. Co. |
| 196461891 | F.I. | 612307426 | $1,108.00 | Medical Equipments Service Inc | 7/28/2011 | Allstate Property and Casualty Ins. Co. |
| 197780455 | S.P. | 612192028 | $342.69 | Medical Equipments Service Inc | 5/13/2011 | Allstate Property and Casualty Ins. Co. |
| 362861601 | Y.A. | 613955414 | $337.00 | Medical Equipments Service Inc | 7/30/2015 | Allstate Fire and Casualty Ins. Co. |
| 363380940 | W.B. | 613962119 | $337.00 | Medical Equipments Service Inc | 8/6/2015 | Allstate Fire and Casualty Ins. Co. |
| 369158142 | P.L.N. | 613972772 | $337.00 | Medical Equipments Service Inc | 8/19/2015 | Allstate Fire and Casualty Ins. Co. |
| 370811663 | K.B. | 613965159 | $337.00 | Medical Equipments Service Inc | 8/11/2015 | Allstate Insurance Co. |
| 375170644 | L.A. | 614023617 | $337.00 | Medical Equipments Service Inc | 10/13/2015 | Allstate Property and Casualty Ins. Co. |
| 375170644 | M.R. | 614023630 | $337.00 | Medical Equipments Service Inc | 10/13/2015 | Allstate Property and Casualty Ins. Co. |
| 376459327 | R.G. | 614107863 | $354.07 | Medical Equipments Service Inc | 1/11/2016 | Allstate Fire and Casualty Ins. Co. |
| 377476239 | L.C. | 614035710 | $337.00 | Medical Equipments Service Inc | 10/26/2015 | Allstate Fire and Casualty Ins. Co. |
| 378261168 | T.P. | 614074844 | $409.00 | Medical Equipments Service Inc | 12/8/2015 | Allstate Property and Casualty Ins. Co. |
| 384873782 | N.R. | 641946376 | $474.71 | Medical Equipments Service Inc | 9/22/2016 | Allstate Fire and Casualty Ins. Co. |
| 384873782 | N.R. | 641950425 | $595.11 | Medical Equipments Service Inc | 9/28/2016 | Allstate Fire and Casualty Ins. Co. |
| 385015565 | E.S. | 614124221 | $409.00 | Medical Equipments Service Inc | 1/28/2016 | Allstate Fire and Casualty Ins. Co. |
| 385891956 | K.W. | 614224474 | $409.00 | Medical Equipments Service Inc | 5/6/2016 | Allstate Fire and Casualty Ins. Co. |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 23 - Payments Made to Medical Equipments Service, Inc.**

| Claim Number | Patient Initials | Check Number | Amount | Payee | Post Date | Plaintiff |
|---|---|---|---|---|---|---|
| 385976824 | P.D. | 614110267 | $409.00 | Medical Equipments Service Inc | 1/13/2016 | Allstate Insurance Co. |
| 388846479 | S.L. | 614181298 | $409.00 | Medical Equipments Service Inc | 3/25/2016 | Allstate Fire and Casualty Ins. Co. |
| 391445368 | B.C. | 614148786 | $409.00 | Medical Equipments Service Inc | 2/23/2016 | Allstate Fire and Casualty Ins. Co. |
| 391537313 | J.C. | 614144354 | $409.00 | Medical Equipments Service Inc | 2/18/2016 | Allstate Fire and Casualty Ins. Co. |
| 397246497 | S.M. | 614326355 | $416.09 | Medical Equipments Service Inc | 8/25/2016 | Allstate Fire and Casualty Ins. Co. |
| 399045079 | S.P. | 641901799 | $420.18 | Medical Equipments Service Inc | 7/7/2016 | Allstate Indemnity Co. |
| 404014201 | E.R. | 614261844 | $409.00 | Medical Equipments Service Inc | 6/15/2016 | Allstate Fire and Casualty Ins. Co. |
| 404324402 | S.L. | 614218796 | $409.00 | Medical Equipments Service Inc | 5/2/2016 | Allstate Fire and Casualty Ins. Co. |
| 404324402 | S.L. | 614224616 | $502.63 | Medical Equipments Service Inc | 5/6/2016 | Allstate Fire and Casualty Ins. Co. |
| 405235540 | K.W. | 614251732 | $409.00 | Medical Equipments Service Inc | 6/6/2016 | Allstate Insurance Co. |
| 405581117 | C.K. | 614228941 | $409.00 | Medical Equipments Service Inc | 5/11/2016 | Allstate Fire and Casualty Ins. Co. |
| 407146448 | M.J. | 614282265 | $409.00 | Medical Equipments Service Inc | 7/8/2016 | Allstate Insurance Co. |
| 409288560 | K.G. | 614308077 | $409.00 | Medical Equipments Service Inc | 8/5/2016 | Allstate Insurance Co. |
| 427157185 | N.O. | 642039196 | $502.63 | Medical Equipments Service Inc | 2/27/2017 | Allstate Fire and Casualty Ins. Co. |
| 430320846 | E.V. | 614501001 | $1,185.19 | Medical Equipments Service Inc | 2/24/2017 | Allstate Property and Casualty Ins. Co. |
| 433226065 | F.F. | 614479977 | $409.00 | Medical Equipments Service Inc | 2/3/2017 | Allstate Insurance Co. |
| 435703822 | A.P. | 614465950 | $915.06 | Medical Equipments Service Inc | 1/20/2017 | Allstate Property and Casualty Ins. Co. |
| 436218143 | J.C. | 614473147 | $662.52 | Medical Equipments Service Inc | 1/27/2017 | Allstate Indemnity Co. |
| 998183858 | N.T. | 614477748 | $818.13 | Medical Equipments Service Inc | 2/2/2017 | Allstate Insurance Co. |