*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 24 - Prejudgment Interest**

**Almatcare Medical Supply, Inc./ Alexandra Matlyuk**

|  | 2016 | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|---|
| **Common Law Damages** | $11,891.74 | $7,667.43 | $0.00 | $2,370.84 | $10,705.98 | **$32,635.99** |
| **Interest Rate** | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 |  |
| **Number of Years** | 3.33 | 2.33 | 1.33 | 0.33 | 0.00 |  |
| **Prejudgment Interest** | **$3,567.52** | **$1,610.16** | **$0.00** | **$71.13** | **$0.00** | **$5,248.81** |

**Alexandra Matlyuk**

|  | 2016 | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|---|
| **RICO Damages** | $11,367.75 | $7,667.43 | $0.00 | $2,370.84 | $10,705.98 | **$32,112.00** |
| **Interest Rate** | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 |  |
| **Number of Years** | 3.33 | 2.33 | 1.33 | 0.33 | 0.00 |  |
| **Prejudgment Interest** | **$3,410.33** | **$1,610.16** | **$0.00** | **$71.13** | **$0.00** | **$5,091.61** |

**AVA Custom Supply, Inc./ Artur Avetisyan**

|  | 2016 | 2017 | Total |
|---|---|---|---|
| **Common Law Damages** | $2,553.68 | $3,770.70 | **$6,324.38** |
| **Interest Rate** | 0.09 | 0.09 |  |
| **Number of Years** | 3.33 | 2.33 |  |
| **Prejudgment Interest** | **$766.10** | **$791.85** | **$1,557.95** |

**Artur Avetisyan**

|  | 2016 | 2017 | Total |
|---|---|---|---|
| **RICO Damages** | $2,553.68 | $3,399.00 | **$5,952.68** |
| **Interest Rate** | 0.09 | 0.09 |  |
| **Number of Years** | 3.33 | 2.33 |  |
| **Prejudgment Interest** | **$766.10** | **$713.79** | **$1,479.89** |

Note: Interest is calculated from January 1st of the year following the year in which payment was made by Plaintiff through May 1, 2020

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 24 - Prejudgment Interest**

**Daily Medical Equipment Distribution Center, Inc./ Gregory Miller**

|  | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| Common Law & RICO Damages | $29,505.39 | $95,048.38 | $79,560.94 | $273,841.91 | $187,179.46 | $102,963.82 |
| Interest Rate | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 |
| Number of Years | 8.33 | 7.33 | 6.33 | 5.33 | 4.33 | 3.33 |
| Prejudgment Interest | $22,129.04 | $62,731.93 | $45,349.74 | $131,444.12 | $72,999.99 | $30,889.15 |

|  | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|
| Common Law & RICO Damages | $10,449.22 | $0.00 | $3,710.86 | $12,430.36 | **$794,690.34** |
| Interest Rate | 0.09 | 0.09 | 0.09 | 0.09 | |
| Number of Years | 2.33 | 1.33 | 0.33 | 0.00 | |
| Prejudgment Interest | $2,194.34 | $0.00 | $111.33 | $0.00 | **$367,849.62** |

**IG & NAT Services, Inc.**

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | Total |
|---|---|---|---|---|---|---|---|---|---|
| RICO Damages | $20,711.07 | $48,544.09 | $191.67 | $17,654.40 | $3,092.23 | $2,768.00 | $14,827.25 | $4,492.53 | **$112,281.24** |
| Interest Rate | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | |
| Number of Years | 9.33 | 8.33 | 7.33 | 6.33 | 5.33 | 4.33 | 3.33 | 2.33 | |
| Prejudgment Interest | $17,397.30 | $36,408.07 | $126.50 | $10,063.01 | $1,484.27 | $1,079.52 | $4,448.18 | $943.43 | **$71,950.27** |

Note: Interest is calculated from January 1st of the year following the year in which payment was made by Plaintiff through May 1, 2020

Exhibit 24