*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 25 - Total Damages**

| Defaulted Defendant | Claim(s) for Relief against each Defendant | Retailer Enterprise | Compensatory Damages | Treble Damages (RICO only) | Prejudgment Interest | Total Judgment Sought Against Defendant |
|---|---|---|---|---|---|---|
| Almatcare Medical Supply, Inc. | 14th - Fraud | N/A | $32,635.99 | N/A | $5,248.81 | **$37,884.80** |
| | 15th - Unjust Enrichment | N/A | $32,635.99 | N/A | $5,248.81 | |
| AVA Custom Supply, Inc. | 22nd - Fraud | N/A | $6,324.38 | N/A | $1,557.95 | **$7,882.33** |
| | 23rd - Unjust Enrichment | N/A | $6,324.38 | N/A | $1,557.95 | |
| Daily Medical Equipment Distribution Center, Inc. | 30th - Fraud | N/A | $794,690.34 | N/A | $367,849.62 | **$1,162,539.96** |
| | 31st - Unjust Enrichment | N/A | $794,690.34 | N/A | $367,849.62 | |
| IG & NAT Services, Inc. | 57th - RICO | Medical Equipments Service, Inc. | $112,281.24 | $336,843.72 | $71,950.27 | **$403,793.99** |
| Alexandra Matlyuk | 13th - RICO | Almatcare Medical Supply, Inc. | $32,112.00 | $96,336.00 | $5,091.61 | **$101,427.61** |
| | 14th - Fraud | N/A | $32,635.99 | N/A | $5,248.81 | |
| | 15th - Unjust Enrichment | N/A | $32,635.99 | N/A | $5,248.81 | |
| Arthur Avetisyan | 21st - RICO | AVA Custom Supply, Inc. | $5,952.68 | $17,858.04 | $1,479.89 | **$19,337.93** |
| | 22nd - Fraud | N/A | $6,324.38 | N/A | $1,557.95 | |
| | 23rd - Unjust Enricohment | N/A | $6,324.38 | N/A | $1,557.95 | |
| Gregory Miller | 29th - RICO | Daily Medical Equipment Distribution Center, Inc. | $794,690.34 | $2,384,071.02 | $367,849.62 | **$2,751,920.64** |
| | 30th - Fraud | N/A | $794,690.34 | N/A | $367,849.62 | |
| | 31st - Unjust Enrichment | N/A | $794,690.34 | N/A | $367,849.62 | |