*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Almatcare Medical Supply | 700535-18/RI | Almatcare Medical Supply, AAO Nerlande Casimir v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 700548-18/RI | Almatcare Medical Supply, AAO Tremeek Basinight v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 700564-18/RI | Almatcare Medical Supply, Inc., AAO Rosa Morales v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 700565-18/RI | Almatcare Medical Supply, Inc., AAO Diana Johnson v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 700811-18/KI | Almatcare Medical Supply Inc, AAO Fleurant Dwight v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 700812-18/KI | Almatcare Medical Supply Inc, AAO Emma Fleurant v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 703395-17/RI | Almatcare Medical Supply, Inc., AAO Olga Galkina v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 703400-17/RI | Almatcare Medical Supply, Inc., AAO Adam Mella Fernandez v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 703406-17/RI | Almatcare Medical Supply Inc, AAO Glenric Powell v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 703602-17/RI | Almatcare Medical Supply, Inc., AAO Bristol Nebert v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 703604-17/RI | Almatcare Medical Supply Inc, AAO Steve Abel v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 703611-17/RI | Almatcare Medical Supply Inc, AAO Bryan Jameison v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 704681-17/RI | Almatcare Medical Supply, Inc., AAO Carlos Guzman v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 704685-17/RI | Almatcare Medical Supply Inc, AAO Moise Feldere v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 704920-17/RI | Almatcare Medical Supply Inc, AAO Sharon Phillip v. Allstate Insurance Company | Richmond County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Almatcare Medical Supply | 704926-17/RI | Almatcare Medical Supply, Inc., AAO Brandon Carmouche v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 706123-17/RI | Almatcare Medical Supply, Inc., AAO Gary Banks v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 706760-17/RI | Almatcare Medical Supply, Inc., AAO Leureen Trim v. Allstate Fire And Casualty Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 706891-17/RI | Almatcare Medical Supply, Inc., AAO Rasalpha Andrews v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 706899-17/RI | Almatcare Medical Supply, Inc., AAO Jasques Hyacinthe v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 706915-17/RI | Almatcare Medical Supply, Inc, AAO Ricardo Mersan v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 707026-17/RI | Almatcare Medical Supply, Inc., AAO Aristides Caceres v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 707872-17/RI | Almatcare Medical Supply, Inc., AAO Dmitry Polyak v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 709792-18/KI | Almatcare Medical Supply Inc, AAO Brown Ezekiel v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 709793-18/KI | Almatcare Medical Supply Inc, AAO Grant Thomas v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 709794-18/KI | Almatcare Medical Supply Inc, AAO Jean- Charles Norgaisse v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 709795-18/KI | Almatcare Medical Supply Inc, AAO Pruitt Robert v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 709796-18/KI | Almatcare Medical Supply Inc, AAO David Sutphin v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 710455-17/RI | Almatcare Medical Supply, Inc., AAO Kabir Mohammed v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 710469-17/RI | Almatcare Medical Supply, Inc., AAO Crystal Carr v. Allstate Insurance Company | Richmond County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Almatcare Medical Supply | 713524-16/RI | Almatcare Medical Supply, Inc, AAO Jennifer Joseph v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 713529-16/RI | Almatcare Medical Supply, Inc., AAO Antoine Nelson v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 713531-16/RI | Almatcare Medical Supply, Inc., AAO Victoria Powell v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 713821-16/RI | Almatcare Medical Supply, Inc, AAO Patrick Joseph v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 714002-16/RI | Almatcare Medical Supply, Inc., AAO Verna Bridgeman v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 714018-17/RI | Almatcare Medical Supply, Inc., AAO Jeffery Young v. Allstate Property & Casualty Insurance Co | Richmond County Civil Court |
| Almatcare Medical Supply | 715948-16/RI | Almatcare Medical Supply, Inc., AAO Darryl Jones v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 718426-16/RI | Almatcare Medical Supply, Inc., AAO Tanya Gage v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 718432-16/RI | Almatcare Medical Supply, Inc., AAO Linton Haye v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 718433-16/RI | Almatcare Medical Supply, Inc., AAO Schontel Baker v. Allstate Insurance Company | Richmond County Civil Court |
| Almatcare Medical Supply | 739614-17/KI | Almatcare Medical Supply Inc., AAO Saint Jean Carine v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 739615-17/KI | Almatcare Medical Supply Inc, AAO Alhaji M Bah v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 739616-17/KI | Almatcare Medical Supply Inc., AAO Brown Lamont v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 739617-17/KI | Almatcare Medical Supply Inc., AAO Dhahi Tayson v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 739618-17/KI | Almatcare Medical Supply Inc., AAO Pierre Jean v. Allstate Insurance Company | Kings County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Almatcare Medical Supply | 739619-17/KI | Almatcare Medical Supply Inc., AAO Baez Soto Altagracia v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 739620-17/KI | Almatcare Medical Supply Inc., AAO Soto Felix v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 739621-17/KI | Almatcare Medical Supply Inc., AAO Mays Bernard v. Allstate Insurance Company | Kings County Civil Court |
| Almatcare Medical Supply | 739622-17/KI | Almatcare Medical Supply Inc., AAO Alvarado Linda v. Allstate Insurance Company | Kings County Civil Court |
| AVA Custom Supply | 17-18-1107-1129 | In the matter of AVA Custom Supply Inc., AAO Oneil Jackson and Allstate Insurance Company | American Arbitration Association |
| AVA Custom Supply | 17-18-1097-6142 | In the matter of AVA Custom Supply Inc., AAO Heather Edwards and Allstate Fire & Casualty Insurance Company | American Arbitration Association |
| AVA Custom Supply | 17-18-1097-6148 | In the matter of AVA Custom Supply Inc., AAO Cassandra Ford and Allstate Insurance Company | American Arbitration Association |
| AVA Custom Supply | 17-18-1105-9984 | In the matter of AVA Custom Supply Inc., AAO Tyronne Milton and Allstate Insurance Company | American Arbitration Association |
| AVA Custom Supply | 17-18-1106-3768 | In the matter of AVA Custom Supply Inc., AAO William Cruickshank and Allstate Insurance Company | American Arbitration Association |
| AVA Custom Supply | 17-18-1108-3222 | In the matter of AVA Custom Supply Inc., AAO Lakeisha Johnson and Allstate Fire & Casualty Insurance Company | American Arbitration Association |
| AVA Custom Supply | 17-18-1109-2579 | In the matter of AVA Custom Supply Inc., AAO Hardy Jean and Allstate Fire & Casualty Insurance Company | American Arbitration Association |
| AVA Custom Supply | 17-18-1109-7053 | In the matter of AVA Custom Supply Inc., AAO Carol Stewart and Allstate Insurance Company | American Arbitration Association |
| AVA Custom Supply | 17-19-1118-9451 | In the matter of AVA Custom Supply Inc., AAO Devasha Singh and Allstate Insurance Company | American Arbitration Association |
| AVA Custom Supply | 17-19-1141-8640 | In the matter of AVA Custom Supply Inc., AAO Samantha Newmark and Allstate Insurance Company | American Arbitration Association |
| AVA Custom Supply | 703318-19/QU | AVA Custom Supply Inc., AAO Hassana Taylor v. Allstate Insurance Company | Queens County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Daily Medical | 020243-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Samuel Phipps v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 031133-13/KI | Daily Medical Equipment Distribution Center, Inc., AAO Myrna Mcnish v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044018-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Ruslan Ykiew v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 062516-15/KI | Daily Medical Equipment Distribution Center, Inc., AAO Rhina Rodriguez v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 064633-13/KI | Daily Medical Equipment Distribution Center, Inc., AAO Umberta Marizan Mateo v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 723930-12/QU | Daily Medical Equipment Distribution Center, Inc., AAO Shaleena Smith v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 731643-12/QU | Daily Medical Equipment Distribution Center, Inc., AAO Pichardo, Francisco v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 000715-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Rosemary Garcia v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 000715-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Arcia, Rosemary v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 002661-14/KI | Daily Medical Equipment Distribution Center, Inc, AAO Jesus Pena v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 007431-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Tyson Jackson v. Allstate Property & Casualty Insurance Co | Kings County Civil Court |
| Daily Medical | 007438-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Magalli Rivera v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 007438-14/KI | Daily Medical Equipment Distribution Center, Inc, AAO Ivera Magalli v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 007441-14/KI | Daily Medical Equipment Distribution Center, Inc, AAO Nepomuceno Maria v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 007443-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Dwight Young v. Allstate Insurance Company | Kings County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Daily Medical | 007444-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Samuel Pringle v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 007449-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Orlando Hernandez v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 007452-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Andrea Williams v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 008657-14/KI | Daily Medical Equipment Distribution Center, Inc, AAO Sanchez Jose v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 008658-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Cesarine Nauth v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 008707-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Maurice Edwards v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 008709-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Elizabeth Tompkins v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 008711-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Marc Korsunsky v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 008711-14/KI | Daily Medical Equipment Distribution Center, Inc, AAO Korsunsky Marc v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 008713-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Wilson M. Quilles v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 011351-13/KI | Daily Medical Equipment Distribution Center, Inc., AAO Alberto Ramirez v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 011352-13/KI | Daily Medical Equipment Distribution Center Inc, AAO Lichmie Osbourne v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 011353-13/KI | Daily Medical Equipment Distribution Center, Inc, AAO Quinunes, Angel v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 011355-13/KI | Daily Medical Equipment Distribution Center Inc, AAO Diallo Mamadou v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 011370-13/KI | Daily Medical Equipment Distribution Center Inc, AAO Charles Elliott v. Allstate Insurance Company | Kings County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Daily Medical | 011372-13/KI | Daily Medical Equipment Distribution Center Inc, AAO Maria Bonifacio v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 011390-13/KI | Daily Medical Equipment Distribution Center Inc, AAO Luis Fortuna v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 012453-14/KI | Daily Medical Equipment Distribution Center Inc, AAO Kenneth Martinez v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 012454-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Carlos Nunez v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 012456-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Dionne Tully v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 012457-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Juan C. Ruiz v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 012458-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Marcia Javier v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 012463-14/KI | Daily Medical Equipment Distribution Center, Inc, AAO Desouza Missan v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 012466-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Terrence Cline v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 013851-14/KI | Daily Medical Equipment Distribution Center Inc, AAO Brunilda Santiago v. Allstate Property And Casualty | Kings County Civil Court |
| Daily Medical | 013858-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Shawn Lee v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 013860-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Micheline Gibson v. Allstate Property And Casualty | Kings County Civil Court |
| Daily Medical | 017347-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Israel Fox v. Allstate Insuance Company | Kings County Civil Court |
| Daily Medical | 024429-13/KI | Daily Medical Equipment Distribution Center, Inc, AAO Cuc Gilmar v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 029364-14/KI | Daily Medical Equipment Distribution Center, Inc, AAO Cepeda Emilio v. Allstate Insurance Company | Kings County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Daily Medical | 029927-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Raquel Lopez v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 031119-13/KI | Daily Medical Equipment Distribution Center Inc, AAO Frank Rogers v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 031137-13/KI | Daily Medical Equipment Distribution Center Inc, AAO Juan Pablo Zhicay v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 031146-13/KI | Daily Medical Equipment Distribution Center, Inc., AAO Veronica Medina v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 031153-13/KI | Daily Medical Equipment Distribution Center Inc, AAO Shrena Fraser v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 035540-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Shelene G. Johnson v. Allstate Insuance Company | Kings County Civil Court |
| Daily Medical | 038446-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Omar Higgins v. Allstate Property And Casualty Insurance Company | Kings County Civil Court |
| Daily Medical | 043283-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Wendy Cortez v. Allstate Property & Casualty Ins Co | Kings County Civil Court |
| Daily Medical | 043998-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Wilfrid Joseph v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044002-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Hernan Cardona v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044003-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Thomas R. Cassidy v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044004-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Ana Santana v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044006-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Donald Johnson v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044007-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Rose Mary Baez v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044008-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Milton Mckoy v. Allstate Insurance Company | Kings County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Daily Medical | 044011-14/KI | Daily Medical Equipment Distribution Center, Inc.,, AAO Fitzgerald Arthur v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044015-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Devine Mcrae v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044016-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Doraine Davis v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044017-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Maria Bencosme v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044018-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Ykien Ruslan v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044020-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Elizabeth Campbell v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 044024-14/KI | Daily Medical Equipment Distribution Center, Inc., AAO Lorraine Sinclair v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 049746-13/KI | Daily Medical Equipment Distribution Center, Inc., AAO Igor Golubchik v. Allstate Insuance Company | Kings County Civil Court |
| Daily Medical | 050436-13/KI | Daily Medical Equipment Distribution Center, Inc., AAO Maurice Butler v. Allstate Property & Casualty Insurance Co | Kings County Civil Court |
| Daily Medical | 053642-15/KI | Daily Medical Equipment Distribution Center, Inc., AAO Elvio Gutierrez-Ortiz v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 057016-13/KI | Daily Medical Equipment Distribution Center, Inc., AAO Maurice Butler v. Allstate Property & Casualty Insurance Co | Kings County Civil Court |
| Daily Medical | 057610-13/KI | Daily Medical Equipment Distribution Center, Inc., AAO Kesha Colbourne v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 057610-13/KI | Daily Medical Equipment Distribution Center, Inc, AAO Colbourne Keisha v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 057613-13/KI | Daily Medical Equipment Distribution Center, Inc., AAO Oliver Sanford v. Allstate Ins Co | Kings County Civil Court |
| Daily Medical | 059975-14/KI | Daily Medical Equipment Distribution Center, Inc, AAO Martha Lua v. Allstate Ins Co | Kings County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Daily Medical | 062518-15/KI | Daily Medical Equipment Distribution Center Inc, AAO Carlos Fernandez v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 062518-15/KI | Daily Medical Equipment Distribution Center, Inc.,, AAO Fernandez, Carlos v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 064631-13/KI | Daily Medical Equipment Distribution Center Inc, AAO Mohammed Fabelo v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 700900-14/QU | Daily Medical Equipment Distribution Center Inc., AAO Mosaurieta Hilda v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 700901-14/QU | Daily Medical Equipment Distribution Center Inc, AAO Mosaurieta Dolores v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 704936-12/BX | Daily Medical Equipment Distribution Center, Inc., AAO Charles Crittenden v. Allstate Ins. Co. | Bronx County Civil Court |
| Daily Medical | 704936-12/BX | Daily Medical Equipment Distribution Center, Inc, AAO Crittenden Charles v. Allstate Insurance Company | Bronx County Civil Court |
| Daily Medical | 705301-12/QU | Daily Medical Equipment Distribution Center Inc, AAO Gerardo Mendez v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 705305-12/QU | Daily Medical Equipment Distribution Center Inc, AAO Orlando Alvarez v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 705306-12/QU | Daily Medical Equipment Distribution Center Inc, AAO Albert Salcedo v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 705307-12/QU | Daily Medical Equipment Distribution Center Inc, AAO Larry Mellette v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 705457-16/KI | Daily Medical Equipment Distribution Center Inc, AAO Elizabeth Tompins v. Allstate Ins.Co | Kings County Civil Court |
| Daily Medical | 707938-12/NY | Daily Medical Equipment Distribution Center, Inc., AAO Son Verdieu v. Allstate Ins. Co. | New York County Civil Court |
| Daily Medical | 715530-12/BX | Daily Medical Equipment Distribution Center, Inc., AAO Kenneth Crawford v. Allstate Property & Casualty Insurance Company | Bronx County Civil Court |
| Daily Medical | 717539-12/BX | Daily Medical Equipment Distribution Center, Inc, AAO Febus Maritza v. Allstate Insurance Company | Bronx County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Daily Medical | 717540-12/BX | Daily Medical Equipment, AAO Abel Taveras v. Allstate Property & Casualty Insurance Company | Bronx County Civil Court |
| Daily Medical | 717541-12/BX | Daily Medical Equipment Distribution Center, Inc, AAO Garcia Sherwin v. Allstate Property & Casualty Insurance Company | Bronx County Civil Court |
| Daily Medical | 717542-12/BX | Daily Medical Equipment Distribution Center, Inc, AAO Pinckney Verdell v. Allstate Property & Casualty Insurance Company | Bronx County Civil Court |
| Daily Medical | 719158-13/QU | Daily Medical Equipment Distribution Center Inc, AAO Goomansingh, Margaret v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 719161-13/QU | Daily Medical Equipment Distribution Center Inc, AAO Yee, Shana v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 719165-13/QU | Daily Medical Equipment Distribution Center Inc, AAO Rodriguez, Lyza v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 719171-13/QU | Daily Medical Equipment Distribution Center, Inc., AAO Jose Matos v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 719177-13/QU | Daily Medical Equipment Distribution Center Inc, AAO Funez, Ileana v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 719178-13/QU | Daily Medical Equipment Distribution Center Inc, AAO Perez, Eduardo v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 719180-13/QU | Daily Medical Equipment Distribution Center Inc, AAO Bronson , Daphne v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 719183-13/QU | Daily Medical Equipment Distribution Center Inc, AAO Harrison , Troy v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 719188-13/QU | Daily Medical Equipment Distribution Center Inc, AAO Diesha Sconiers v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 719189-13/QU | Daily Medical Equipment Distribution Center Inc, AAO Dhanal , Avena v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 719470-17/KI | Daily Medical Equipment Distribution Center, Inc, AAO Monique Mondesire v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 723932-12/QU | Daily Medical Equipment Distribution Center Inc, AAO Juan Gaston v. Allstate Insurance Company | Queens County Civil Court |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 26 - Pending No-fault Collections Proceedings**

| Defaulted Retailer | Index No./ Case No. | Caption | Venue |
|---|---|---|---|
| Daily Medical | 723937-12/QU | Daily Medical Equipment Distribution Center Inc., AAO Rafael Acevedo v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 723944-12/QU | Daily Medical Equipment Distribution Center, Inc, AAO Edzer Louis-Jean v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 723952-12/QU | Daily Medical Equipment Distribution Center, Inc, AAO Jimmy Gary v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 728287-12/KI | Daily Medical Equipment Distribution Center, Inc, AAO Peralta Danis v. Allstate Property & Casualty Insurance Co | Kings County Civil Court |
| Daily Medical | 728288-12/KI | Daily Medical Equipment Distribution Center, Inc, AAO Overton Dahania v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 729348-18/KI | Daily Medical Equipment Distribution Center, Inc, AAO Colin Miller v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 731627-12/QU | Daily Medical Equipment Distribution Center, Inc, AAO Louis-Jean, Edzer v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 731628-12/QU | Daily Medical Equipment Distribution Center, Inc, AAO Simon Vincio v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 731631-12/QU | Daily Medical Equipment Distribution Center, Inc., AAO Mccollum, Clarence v. Allstate Insurance Company | Queens County Civil Court |
| Daily Medical | 746149-16/KI | Daily Medical Equipment Distribution Center, Inc, AAO Elizabeth Tompins v. Allstate Insurance Company | Kings County Civil Court |
| Daily Medical | 062515-15/KI | Daily Medical Equipment Distribution Center, Inc.,, AAO Guzman, Jose v. Allstate Insurance Company | Kings County Civil Court |