*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 27 - Unpaid No-fault Claims Submitted to Plaintiffs by Almatcare Medical Supplies, Inc.**

| Claim Number | Claimant Initials | Retailer | Date of Service | Billing Code Used | Amount Pending |
|---|---|---|---|---|---|
| 000392541025-01 | O.G. | Almatcare Medical Supply Inc | 2/12/2016 | E0190 | $22.04 |
| 000392541025-01 | O.G. | Almatcare Medical Supply Inc | 2/12/2016 | E1399 | $260.41 |
| 000392541025-01 | O.G. | Almatcare Medical Supply Inc | 2/12/2016 | L0627 | $322.98 |
| 000392541025-01 | O.G. | Almatcare Medical Supply Inc | 2/19/2016 | E1399 | $481.57 |
| 000403135411-01 | J.H. | Almatcare Medical Supply Inc | 3/1/2016 | E0217 | $422.00 |
| 000403135411-01 | J.H. | Almatcare Medical Supply Inc | 3/1/2016 | E1399 | $405.58 |
| 000403135411-01 | J.H. | Almatcare Medical Supply Inc | 4/26/2016 | E0855 | $502.63 |
| 000403939192-01 | E.F. | Almatcare Medical Supply Inc | 3/8/2016 | E0217 | $422.00 |
| 000403939192-01 | E.F. | Almatcare Medical Supply Inc | 3/8/2016 | E1399 | $405.58 |
| 000403939192-01 | E.F. | Almatcare Medical Supply Inc | 4/20/2016 | L0637 | $844.13 |
| 000403939192-01 | E.F. | Almatcare Medical Supply Inc | 4/27/2016 | E0855 | $502.63 |
| 000403939192-01 | E.F. | Almatcare Medical Supply Inc | 5/17/2016 | L1832 | $607.55 |
| 000404791584-02 | N.C. | Almatcare Medical Supply Inc | 3/11/2016 | E0217 | $422.00 |
| 000404791584-02 | N.C. | Almatcare Medical Supply Inc | 3/11/2016 | E1399 | $405.58 |
| 000404791584-02 | N.C. | Almatcare Medical Supply Inc | 6/9/2016 | E0855 | $502.63 |
| 000404956708-01 | V.P. | Almatcare Medical Supply Inc | 3/18/2016 | E0217 | $422.00 |
| 000404956708-01 | V.P. | Almatcare Medical Supply Inc | 3/18/2016 | E1399 | $405.58 |
| 000405596346-01 | C.J. | Almatcare Medical Supply Inc | 3/22/2016 | E0217 | $844.00 |
| 000405596346-01 | C.J. | Almatcare Medical Supply Inc | 3/22/2016 | E1399 | $811.16 |
| 000405596346-01 | C.J. | Almatcare Medical Supply Inc | 4/27/2016 | L0637 | $844.13 |
| 000405596346-02 | J.J. | Almatcare Medical Supply Inc | 3/22/2016 | E0217 | $422.00 |
| 000405596346-02 | J.J. | Almatcare Medical Supply Inc | 3/22/2016 | E1399 | $405.58 |
| 000406364943-01 | S.S. | Almatcare Medical Supply Inc | 3/29/2016 | E0199 | $19.48 |
| 000406364943-01 | S.S. | Almatcare Medical Supply Inc | 3/29/2016 | E0217 | $844.00 |
| 000406364943-01 | S.S. | Almatcare Medical Supply Inc | 3/29/2016 | E1399 | $791.68 |
| 000406364943-02 | L.G. | Almatcare Medical Supply Inc | 3/29/2016 | E0217 | $422.00 |
| 000406364943-02 | L.G. | Almatcare Medical Supply Inc | 3/29/2016 | E1399 | $405.58 |
| 000406364943-03 | A.N. | Almatcare Medical Supply Inc | 3/29/2016 | E0217 | $422.00 |
| 000406364943-03 | A.N. | Almatcare Medical Supply Inc | 3/29/2016 | E1399 | $405.58 |
| 000406364943-03 | A.N. | Almatcare Medical Supply Inc | 3/29/2016 | E0199 | $19.48 |
| 000406364943-03 | A.N. | Almatcare Medical Supply Inc | 3/29/2016 | E0217 | $844.00 |
| 000406364943-03 | A.N. | Almatcare Medical Supply Inc | 3/29/2016 | E1399 | $791.68 |
| 000407028307-02 | L.H. | Almatcare Medical Supply Inc | 6/3/2016 | E0855 | $502.63 |
| 000407256980-02 | V.B. | Almatcare Medical Supply Inc | 4/6/2016 | E0217 | $422.00 |
| 000407256980-02 | V.B. | Almatcare Medical Supply Inc | 4/6/2016 | E1399 | $405.58 |
| 000408669091-02 | B.C. | Almatcare Medical Supply Inc | 5/24/2016 | E0855 | $502.63 |
| 000408669091-02 | B.C. | Almatcare Medical Supply Inc | 5/24/2016 | L0637 | $844.13 |
| 000410240899-01 | P.B. | Almatcare Medical Supply Inc | 4/26/2016 | E0217 | $422.00 |
| 000410240899-01 | P.B. | Almatcare Medical Supply Inc | 4/26/2016 | E1399 | $405.58 |
| 000410240899-03 | S.B. | Almatcare Medical Supply Inc | 4/27/2016 | E0217 | $422.00 |
| 000410240899-03 | S.B. | Almatcare Medical Supply Inc | 4/27/2016 | E1399 | $405.58 |
| 000410240899-03 | S.B. | Almatcare Medical Supply Inc | 5/31/2016 | E0855 | $502.63 |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 27 - Unpaid No-fault Claims Submitted to Plaintiffs by Almatcare Medical Supplies, Inc.**

| Claim Number | Claimant Initials | Retailer | Date of Service | Billing Code Used | Amount Pending |
|---|---|---|---|---|---|
| 000410761159-02 | D.J. | Almatcare Medical Supply Inc | 5/11/2016 | E0190 | $22.04 |
| 000410761159-02 | D.J. | Almatcare Medical Supply Inc | 5/11/2016 | E0199 | $19.48 |
| 000410761159-02 | D.J. | Almatcare Medical Supply Inc | 5/11/2016 | E0217 | $422.00 |
| 000410761159-02 | D.J. | Almatcare Medical Supply Inc | 5/11/2016 | E1399 | $67.50 |
| 000410761159-02 | D.J. | Almatcare Medical Supply Inc | 5/11/2016 | L0180 | $233.00 |
| 000410761159-02 | D.J. | Almatcare Medical Supply Inc | 5/11/2016 | L0627 | $322.98 |
| 000412031411-02 | D.P. | Almatcare Medical Supply Inc | 6/1/2016 | E0190 | $22.04 |
| 000412031411-02 | D.P. | Almatcare Medical Supply Inc | 6/1/2016 | E1399 | $86.98 |
| 000412031411-02 | D.P. | Almatcare Medical Supply Inc | 6/1/2016 | L0627 | $322.98 |
| 000412031411-02 | D.P. | Almatcare Medical Supply Inc | 6/1/2016 | L3670 | $111.07 |
| 000412031411-12 | M.G. | Almatcare Medical Supply Inc | 6/1/2016 | E1399 | $86.98 |
| 000412031411-12 | M.G. | Almatcare Medical Supply Inc | 6/1/2016 | L0180 | $233.00 |
| 000412031411-12 | M.G. | Almatcare Medical Supply Inc | 6/1/2016 | L0627 | $322.98 |
| 000412031411-12 | M.G. | Almatcare Medical Supply Inc | 6/1/2016 | L1820 | $110.00 |
| 000412031411-12 | M.G. | Almatcare Medical Supply Inc | 6/1/2016 | L3670 | $111.07 |
| 000412439416-01 | T.G. | Almatcare Medical Supply Inc | 6/1/2016 | E0190 | $22.04 |
| 000412439416-01 | T.G. | Almatcare Medical Supply Inc | 6/1/2016 | E1399 | $339.83 |
| 000412439416-01 | T.G. | Almatcare Medical Supply Inc | 6/1/2016 | L0180 | $233.00 |
| 000412439416-01 | T.G. | Almatcare Medical Supply Inc | 6/1/2016 | L0627 | $322.98 |
| 000416082188-01 | S.P. | Almatcare Medical Supply Inc | 7/20/2016 | E1399 | $655.00 |
| 000416082188-01 | S.P. | Almatcare Medical Supply Inc | 8/17/2016 | E0855 | $502.63 |
| 000416082188-01 | S.P. | Almatcare Medical Supply Inc | 8/17/2016 | L0627 | $322.98 |
| 000416990109-01 | N.C. | Almatcare Medical Supply Inc | 6/22/2016 | E0199 | $19.48 |
| 000416990109-01 | N.C. | Almatcare Medical Supply Inc | 6/22/2016 | E0217 | $422.00 |
| 000416990109-01 | N.C. | Almatcare Medical Supply Inc | 6/22/2016 | E1399 | $386.10 |
| 000417885894-08 | D.S. | Almatcare Medical Supply Inc | 10/5/2016 | L3652 | $690.00 |
| 000420217969-02 | J.Y. | Almatcare Medical Supply Inc | 7/12/2016 | E0199 | $19.48 |
| 000420217969-02 | J.Y. | Almatcare Medical Supply Inc | 7/12/2016 | E0217 | $422.00 |
| 000420217969-02 | J.Y. | Almatcare Medical Supply Inc | 7/12/2016 | E1399 | $386.10 |
| 000421155839-02 | S.A. | Almatcare Medical Supply Inc | 7/28/2016 | E0199 | $19.48 |
| 000421155839-02 | S.A. | Almatcare Medical Supply Inc | 7/28/2016 | E0217 | $422.00 |
| 000421155839-02 | S.A. | Almatcare Medical Supply Inc | 7/28/2016 | E1399 | $386.10 |
| 000422167353-02 | C.G. | Almatcare Medical Supply Inc | 8/18/2016 | E0190 | $22.04 |
| 000422167353-02 | C.G. | Almatcare Medical Supply Inc | 8/18/2016 | E0199 | $19.48 |
| 000422167353-02 | C.G. | Almatcare Medical Supply Inc | 8/18/2016 | E1399 | $240.93 |
| 000422167353-02 | C.G. | Almatcare Medical Supply Inc | 8/18/2016 | L0180 | $233.00 |
| 000427252408-01 | B.J. | Almatcare Medical Supply Inc | 9/7/2016 | E0199 | $19.48 |
| 000427252408-01 | B.J. | Almatcare Medical Supply Inc | 9/7/2016 | E0217 | $422.00 |
| 000427252408-01 | B.J. | Almatcare Medical Supply Inc | 9/7/2016 | E1399 | $386.10 |
| 000427252408-01 | B.J. | Almatcare Medical Supply Inc | 9/28/2016 | L3652 | $690.00 |
| 000427364096-01 | B.F. | Almatcare Medical Supply Inc | 9/20/2016 | E0199 | $19.48 |
| 000427364096-01 | B.F. | Almatcare Medical Supply Inc | 9/20/2016 | E0217 | $422.00 |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 27 - Unpaid No-fault Claims Submitted to Plaintiffs by Almatcare Medical Supplies, Inc.**

| Claim Number | Claimant Initials | Retailer | Date of Service | Billing Code Used | Amount Pending |
|---|---|---|---|---|---|
| 000427364096-01 | B.F. | Almatcare Medical Supply Inc | 9/20/2016 | E1399 | $386.10 |
| 000427364096-01 | B.F. | Almatcare Medical Supply Inc | 11/2/2016 | L3652 | $690.00 |
| 000427364096-05 | G.P. | Almatcare Medical Supply Inc | 9/20/2016 | E0199 | $19.48 |
| 000427364096-05 | G.P. | Almatcare Medical Supply Inc | 9/20/2016 | E0217 | $422.00 |
| 000427364096-05 | G.P. | Almatcare Medical Supply Inc | 9/20/2016 | E1399 | $386.10 |
| 000427573753-01 | R.A. | Almatcare Medical Supply Inc | 9/27/2016 | E1399 | $655.00 |
| 000427573753-01 | R.A. | Almatcare Medical Supply Inc | 10/24/2016 | E0190 | $22.04 |
| 000427573753-01 | R.A. | Almatcare Medical Supply Inc | 10/24/2016 | E0199 | $19.48 |
| 000427573753-01 | R.A. | Almatcare Medical Supply Inc | 10/24/2016 | E0217 | $422.00 |
| 000427573753-01 | R.A. | Almatcare Medical Supply Inc | 10/24/2016 | E1399 | $146.92 |
| 000427573753-01 | R.A. | Almatcare Medical Supply Inc | 10/24/2016 | L0627 | $322.98 |
| 000427717475-03 | K.C. | Almatcare Medical Supply Inc | 9/27/2016 | E1399 | $131.01 |
| 000428292247-01 | L.T. | Almatcare Medical Supply Inc | 9/21/2016 | E1399 | $655.00 |
| 000428529093-06 | E.F. | Almatcare Medical Supply Inc | 9/29/2016 | E1399 | $655.00 |
| 000428529093-07 | M.F. | Almatcare Medical Supply Inc | 9/13/2016 | E1399 | $655.00 |
| 000428529093-09 | H.F. | Almatcare Medical Supply Inc | 9/13/2016 | E1399 | $655.00 |
| 000429578980-02 | P.G. | Almatcare Medical Supply Inc | 10/19/2016 | E0190 | $22.04 |
| 000429578980-02 | P.G. | Almatcare Medical Supply Inc | 10/19/2016 | E0199 | $19.48 |
| 000429578980-02 | P.G. | Almatcare Medical Supply Inc | 10/19/2016 | E1399 | $240.93 |
| 000429578980-02 | P.G. | Almatcare Medical Supply Inc | 10/19/2016 | L0180 | $233.00 |
| 000429959850-02 | K.B. | Almatcare Medical Supply Inc | 10/5/2016 | E0199 | $19.48 |
| 000429959850-02 | K.B. | Almatcare Medical Supply Inc | 10/5/2016 | E0217 | $422.00 |
| 000429959850-02 | K.B. | Almatcare Medical Supply Inc | 10/5/2016 | E1399 | $386.10 |
| 000429959850-02 | K.B. | Almatcare Medical Supply Inc | 11/1/2016 | L1832 | $607.55 |
| 000429959850-04 | N.B. | Almatcare Medical Supply Inc | 10/5/2016 | E0199 | $19.48 |
| 000429959850-04 | N.B. | Almatcare Medical Supply Inc | 10/5/2016 | E0217 | $422.00 |
| 000429959850-04 | N.B. | Almatcare Medical Supply Inc | 10/5/2016 | E1399 | $386.10 |
| 000430331637-03 | D.H. | Almatcare Medical Supply Inc | 11/2/2016 | L0627 | $322.98 |
| 000430331637-03 | D.H. | Almatcare Medical Supply Inc | 11/2/2016 | E0190 | $22.04 |
| 000430331637-03 | D.H. | Almatcare Medical Supply Inc | 11/2/2016 | E0199 | $19.48 |
| 000430331637-03 | D.H. | Almatcare Medical Supply Inc | 11/2/2016 | E1399 | $489.10 |
| 000430331637-03 | D.H. | Almatcare Medical Supply Inc | 11/2/2016 | L0180 | $233.00 |
| 000432429652-01 | A.C. | Almatcare Medical Supply Inc | 10/19/2016 | E0190 | $22.04 |
| 000432429652-01 | A.C. | Almatcare Medical Supply Inc | 10/19/2016 | E0199 | $19.48 |
| 000432429652-01 | A.C. | Almatcare Medical Supply Inc | 10/19/2016 | E1399 | $320.35 |
| 000432429652-01 | A.C. | Almatcare Medical Supply Inc | 10/19/2016 | L0180 | $233.00 |
| 000432429652-01 | A.C. | Almatcare Medical Supply Inc | 10/19/2016 | L0627 | $322.98 |
| 000432429652-04 | A.M. | Almatcare Medical Supply Inc | 10/19/2016 | E0190 | $22.04 |
| 000432429652-04 | A.M. | Almatcare Medical Supply Inc | 10/19/2016 | E0199 | $19.48 |
| 000432429652-04 | A.M. | Almatcare Medical Supply Inc | 10/19/2016 | E1399 | $309.89 |
| 000432429652-04 | A.M. | Almatcare Medical Supply Inc | 10/19/2016 | L0180 | $233.00 |
| 000432429652-04 | A.M. | Almatcare Medical Supply Inc | 10/19/2016 | L0627 | $322.98 |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 27 - Unpaid No-fault Claims Submitted to Plaintiffs by Almatcare Medical Supplies, Inc.**

| Claim Number | Claimant Initials | Retailer | Date of Service | Billing Code Used | Amount Pending |
|---|---|---|---|---|---|
| 000432866317-02 | R.M. | Almatcare Medical Supply Inc | 10/26/2016 | E0199 | $41.52 |
| 000432866317-02 | R.M. | Almatcare Medical Supply Inc | 10/26/2016 | E0217 | $422.00 |
| 000432866317-02 | R.M. | Almatcare Medical Supply Inc | 10/26/2016 | E1399 | $146.92 |
| 000432866317-02 | R.M. | Almatcare Medical Supply Inc | 10/26/2016 | L0627 | $322.98 |
| 000432866317-02 | R.M. | Almatcare Medical Supply Inc | 10/26/2016 | E1399 | $1,067.21 |
| 000432976728-03 | D.P. | Almatcare Medical Supply Inc | 11/7/2016 | E0190 | $22.04 |
| 000432976728-03 | D.P. | Almatcare Medical Supply Inc | 11/7/2016 | E0199 | $19.48 |
| 000432976728-03 | D.P. | Almatcare Medical Supply Inc | 11/7/2016 | E1399 | $240.93 |
| 000432976728-03 | D.P. | Almatcare Medical Supply Inc | 11/7/2016 | L0180 | $233.00 |
| 000432976728-03 | D.P. | Almatcare Medical Supply Inc | 11/7/2016 | L0627 | $322.98 |
| 000435110911-02 | A.R. | Almatcare Medical Supply Inc | 11/14/2016 | E0199 | $19.48 |
| 000435110911-02 | A.R. | Almatcare Medical Supply Inc | 11/14/2016 | E1399 | $439.42 |
| 000435110911-02 | A.R. | Almatcare Medical Supply Inc | 11/14/2016 | L0627 | $322.98 |
| 000435680590-01 | C.C. | Almatcare Medical Supply Inc | 11/9/2016 | E0199 | $19.48 |
| 000435680590-01 | C.C. | Almatcare Medical Supply Inc | 11/9/2016 | E0217 | $422.00 |
| 000435680590-01 | C.C. | Almatcare Medical Supply Inc | 11/9/2016 | E1399 | $587.23 |
| 000437396558-01 | G.B. | Almatcare Medical Supply Inc | 11/10/2016 | E0199 | $19.48 |
| 000437396558-01 | G.B. | Almatcare Medical Supply Inc | 11/10/2016 | E1399 | $439.42 |
| 000437396558-01 | G.B. | Almatcare Medical Supply Inc | 11/10/2016 | L0627 | $322.98 |
| 000438587776-06 | J.T. | Almatcare Medical Supply Inc | 12/22/2016 | E0199 | $19.48 |
| 000438587776-06 | J.T. | Almatcare Medical Supply Inc | 12/22/2016 | E0217 | $422.00 |
| 000438587776-06 | J.T. | Almatcare Medical Supply Inc | 12/22/2016 | E1399 | $146.92 |
| 000438587776-06 | J.T. | Almatcare Medical Supply Inc | 12/22/2016 | L0627 | $322.98 |
| 000438917809-03 | D.P. | Almatcare Medical Supply Inc | 12/20/2016 | E0190 | $22.04 |
| 000438917809-03 | D.P. | Almatcare Medical Supply Inc | 12/20/2016 | E0199 | $19.48 |
| 000438917809-03 | D.P. | Almatcare Medical Supply Inc | 12/20/2016 | E0217 | $422.00 |
| 000438917809-03 | D.P. | Almatcare Medical Supply Inc | 12/20/2016 | E1399 | $146.92 |
| 000438917809-03 | D.P. | Almatcare Medical Supply Inc | 12/20/2016 | L0180 | $233.00 |
| 000438917809-03 | D.P. | Almatcare Medical Supply Inc | 12/20/2016 | L0627 | $322.98 |
| 000438917809-03 | D.P. | Almatcare Medical Supply Inc | 1/12/2017 | E1399 | $1,067.21 |
| 000444284475-01 | T.D. | Almatcare Medical Supply Inc | 2/14/2017 | E0217 | $422.00 |
| 000444284475-01 | T.D. | Almatcare Medical Supply Inc | 2/14/2017 | E1399 | $146.92 |