*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 28 - Unpaid No-fault Claims Submitted to Plaintiffs by AVA Custom Supply, Inc.**

| Claim Number | Claimant Initials | Retailer | Date of Service | Billing Code Used | Amount Pending |
|---|---|---|---|---|---|
| 000395362718-02 | P.L. | AVA Custom Supply Inc | 3/24/2016 | L0632 | $1,150.00 |
| 000399685162-02 | C.E. | AVA Custom Supply Inc | 3/22/2016 | L0632 | $1,150.00 |
| 000403357098-01 | E.W. | AVA Custom Supply Inc | 4/19/2016 | 99993 | $638.00 |
| 000403357098-01 | E.W. | AVA Custom Supply Inc | 4/19/2016 | L0632 | $2,300.00 |
| 000403635030-01 | R.V. | AVA Custom Supply Inc | 4/21/2016 | L0632 | $2,300.00 |
| 000403635030-01 | R.V. | AVA Custom Supply Inc | 4/26/2016 | 99993 | $319.00 |
| 000403635030-02 | M.C. | AVA Custom Supply Inc | 4/14/2016 | L1844 | $2,215.40 |
| 000403635030-02 | M.C. | AVA Custom Supply Inc | 4/29/2016 | L0632 | $1,150.00 |
| 000403635030-02 | M.C. | AVA Custom Supply Inc | 7/8/2016 | E0849 | $371.70 |
| 000403635030-02 | M.C. | AVA Custom Supply Inc | 7/8/2016 | E1300 | $495.00 |
| 000409116084-02 | C.A. | AVA Custom Supply Inc | 6/7/2016 | L0632 | $1,150.00 |
| 000409116084-02 | C.A. | AVA Custom Supply Inc | 6/7/2016 | L3670 | $251.34 |
| 000423223775-02 | J.L. | AVA Custom Supply Inc | 8/25/2016 | E0190 | $22.04 |
| 000423223775-02 | J.L. | AVA Custom Supply Inc | 8/25/2016 | E0272 | $155.52 |
| 000423223775-02 | J.L. | AVA Custom Supply Inc | 8/25/2016 | E2602 | $107.95 |
| 000423223775-02 | J.L. | AVA Custom Supply Inc | 8/25/2016 | L0627 | $322.98 |
| 000423223775-02 | J.L. | AVA Custom Supply Inc | 8/25/2016 | L1820 | $110.00 |
| 000423223775-02 | J.L. | AVA Custom Supply Inc | 12/12/2016 | E0849 | $371.70 |
| 000423223775-02 | J.L. | AVA Custom Supply Inc | 12/12/2016 | E1300 | $495.00 |
| 000423223775-02 | J.L. | AVA Custom Supply Inc | 1/19/2017 | L3915 | $407.17 |
| 000433164233-01 | P.P. | AVA Custom Supply Inc | 11/3/2016 | A4649 | $55.29 |
| 000433164233-01 | P.P. | AVA Custom Supply Inc | 11/3/2016 | E0190 | $22.04 |
| 000433164233-01 | P.P. | AVA Custom Supply Inc | 11/3/2016 | E0272 | $155.52 |
| 000433164233-01 | P.P. | AVA Custom Supply Inc | 11/3/2016 | E2602 | $107.95 |
| 000433164233-01 | P.P. | AVA Custom Supply Inc | 11/3/2016 | L0627 | $322.98 |
| 000433164233-01 | P.P. | AVA Custom Supply Inc | 11/3/2016 | L1820 | $110.00 |
| 000433164233-01 | P.P. | AVA Custom Supply Inc | 11/29/2016 | L0632 | $1,150.00 |
| 000433164233-01 | P.P. | AVA Custom Supply Inc | 11/29/2016 | L3670 | $251.34 |
| 000433164233-01 | P.P. | AVA Custom Supply Inc | 12/16/2016 | E0849 | $371.70 |
| 000433164233-06 | M.L. | AVA Custom Supply Inc | 11/2/2016 | E0190 | $22.04 |
| 000433164233-06 | M.L. | AVA Custom Supply Inc | 11/2/2016 | E2602 | $107.95 |
| 000433164233-06 | M.L. | AVA Custom Supply Inc | 11/2/2016 | L0627 | $322.98 |
| 000433164233-06 | M.L. | AVA Custom Supply Inc | 11/2/2016 | L1820 | $110.00 |
| 000433164233-06 | M.L. | AVA Custom Supply Inc | 11/2/2016 | L3675 | $141.14 |
| 000433164233-06 | M.L. | AVA Custom Supply Inc | 11/28/2016 | L0632 | $1,150.00 |
| 000433164233-06 | M.L. | AVA Custom Supply Inc | 11/28/2016 | L3670 | $251.34 |
| 000433164233-06 | M.L. | AVA Custom Supply Inc | 12/16/2016 | E0849 | $371.70 |
| 000435415450-01 | K.M. | AVA Custom Supply Inc | 1/23/2017 | L1844 | $1,107.70 |
| 000435415450-01 | K.M. | AVA Custom Supply Inc | 2/8/2017 | E0849 | $371.70 |
| 000435415450-01 | K.M. | AVA Custom Supply Inc | 2/2/2017 | E0855 | $502.63 |
| 000435415450-01 | K.M. | AVA Custom Supply Inc | 2/8/2017 | L0632 | $1,150.00 |
| 000435415450-04 | J.H. | AVA Custom Supply Inc | 2/6/2017 | E0849 | $371.70 |

*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 28 - Unpaid No-fault Claims Submitted to Plaintiffs by AVA Custom Supply, Inc.**

| Claim Number | Claimant Initials | Retailer | Date of Service | Billing Code Used | Amount Pending |
|---|---|---|---|---|---|
| 000435415450-04 | J.H. | AVA Custom Supply Inc | 2/22/2017 | E0849 | $371.70 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 12/14/2016 | A4649 | $55.29 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 12/14/2016 | E0190 | $22.04 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 12/14/2016 | E0272 | $155.52 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 12/14/2016 | E1399 | $164.00 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 12/14/2016 | E2602 | $107.95 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 12/14/2016 | L0627 | $322.98 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 1/20/2017 | A9900 | $186.00 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 1/20/2017 | E0205 | $156.00 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 1/20/2017 | E0731 | $318.34 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 2/2/2017 | L0632 | $1,150.00 |
| 000438048076-02 | J.T. | AVA Custom Supply Inc | 2/2/2017 | L3670 | $251.34 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 12/1/2016 | E0190 | $22.04 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 12/1/2016 | E0272 | $155.52 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 12/1/2016 | E1399 | $164.00 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 12/1/2016 | E2602 | $107.95 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 12/1/2016 | L0627 | $322.98 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 12/1/2016 | L1820 | $110.00 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 1/10/2017 | E0849 | $743.40 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 1/10/2017 | E0855 | $502.63 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 1/10/2017 | E1300 | $495.00 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 1/19/2017 | L0632 | $1,150.00 |
| 000438784134-03 | S.B. | AVA Custom Supply Inc | 1/19/2017 | L1844 | $1,107.70 |