*Allstate Ins. Co., et al. v. Avetisyan, et al.*
**Exhibit 31 - Payments Made By Plaintiffs in Last Six Months**

| Claim Number | Patient Initials | Check Number | Amount | Payee | Post Date | Plaintiff |
|---|---|---|---|---|---|---|
| 406364943 | S.S. | 172284810 | $1,526.60 | Almatcare Medical Supply Inc | 2/10/2020 | Allstate Insurance Co. |
| 419605521 | S.D. | 111971307 | $2,476.84 | Almatcare Medical Supply Inc | 2/26/2020 | Allstate Fire and Casualty Ins. Co. |
| 438456105 | A.W. | 135836759 | $2,370.84 | Almatcare Medical Supply Inc | 11/27/2019 | Allstate Property and Casualty Ins. Co. |
| 467540464 | T.N. | 156152355 | $6,702.54 | Almatcare Medical Supply Inc | 4/08/2020 | Allstate Insurance Co. |
| 235846185 | V.U. | 196008373 | $7,520.30 | Daily Medical Equipment Distribution Center Inc | 1/30/2020 | Allstate Insurance Co. |
| 278216494 | J.V. | 121845137 | $3,710.86 | Daily Medical Equipment Distribution Center Inc | 11/26/2019 | Allstate Insurance Co. |
| 281331736 | M.H. | 111980295 | $300.00 | Daily Medical Equipment Distribution Center Inc | 3/17/2020 | Allstate Property and Casualty Ins. Co. |
| 281331736 | M.H. | 162216926 | $4,610.06 | Daily Medical Equipment Distribution Center Inc | 1/20/2020 | Allstate Property and Casualty Ins. Co. |