UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY, ET EL.,** ) | |
| ) | |
| **PLAINTIFFS,** ) | 17-CV-4275 |
| ) | (RPK) (RLM) |
| -AGAINST- ) | |
| ) | **AMENDED** |
| **AVETISYAN, ET EL.,** ) | **JUDGMENT** |
| ) | |
| **DEFENDANTS.** ) | |

--------------------------------------------------------------------------------- X

A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on March 31, 2021, adopting in its entirety the Report and Recommendation of Magistrate Robert M. Levy, dated March 5, 2021, granting Allstate's Motion for Default Judgment; and an Order having been filed on April 13, 2021, directing the Clerk of Court to amend the Judgment to reflect the details specified in plaintiffs' motion to amend the Judgment; it is;

**HEREBY ORDERED AND ADJUDGED** that judgment is entered infavor of Plaintiffs:

- against Defendant Artur Avetisyan, joint and severally, in the amount of $17,858.04, constituting RICO treble damages;

- against Defendant AVA Custom Supply Inc., joint and severally, in the amount of $7,882.33 constituting $6,324.38 in compensatory damages and $1,557.95 in prejudgment interest at the rate of 9% per annum;

- against Defendant Alexandra Matlyuk, joint and severally in the amount of $96,336.00, constituting RICO treble damages;

- against Defendant Almatcare Medical Supply Inc., joint and severally, in the amount of $37,884.80, constituting $32,635.99 in compensatory damages and $5,248.81 in prejudgment interest at the rate of 9% per annum;

- against Defendant against Defendant against Defendant Gregory Miller, joint and severally in the amount of $2,384,071.02, constituting RICO treble damages;

- against Defendant Daily Medical Equipment Distribution Center, Inc., joint and severally, in the amount of $825,579.49 constituting $794,690.34 in compensatory damages and $30,889.15 in prejudgment interest at the rate of 9% per annum; and

- against Defendant IG&NAT Services, Inc., joint and severally, in the amount of $331,843.72, constituting RICO treble damages; and it is

**FURTHER ORDERED AND ADJUDGED** that Plaintiffs' request for a declaratory judgment relieving them from any obligation to pay the unpaid fraudulent claims madeby AVA Custom Supply Inc., Almatcare Medical Supply Inc., and Daily Medical Equipment Distribution Center, Inc. is granted.

Dated: Brooklyn, New York  
　　　　May 6, 2021

DOUGLAS C. PALMER  
Clerk of Court

By: *Jalitza Poveda*  
　　　　Deputy Clerk