# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

WALL STREET PLAZA
88 PINE STREET, SUITE 1900
NEW YORK, NY 10005
212-825-1212

Lee Pinzow
Phone: 646-870-1745
Fax:    646-779-6889
lpinzow@morrisonmahoney.com

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
BRIDGEPORT
HARTFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

April 8, 2022

**Via ECF**

Hon. Rachel P. Kovner
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Allstate Ins. Co. et al. v. Avetisyan, et al.*, **17-cv-4275 (RPK)(RML)**
          **Letter Motion Requesting Withdrawal of Attorney Appearance**

Dear Judge Kovner:

Along with Cadwalader, Wickersham, & Taft LLP, we represent Plaintiffs-Judgment Creditors ("Plaintiffs") in the above-referenced matter and write to respectfully request that the Court grant the withdrawal of appearance of, and removal from the docket and electronic filing service list of Daniel Scott Marvin. Please note that Daniel Scott Marvin is no longer associated with the law firm Morrison Mahoney LLP, and no longer represents or is involved with Plaintiffs in connection with this action. Therefore, we respectfully request an order removing the appearance of Daniel Scott Marvin on behalf of Plaintiffs from the docket and electronic filing service list. The law firm of Morrison Mahoney LLP will continue to represent Plaintiffs in this matter.

Thank you for the Court's consideration in this regard.

Respectfully submitted,

**MORRISON MAHONEY LLP**

By: ___/s/ Lee Pinzow___
     Lee Pinzow, Esq.

cc: All parties via ECF